IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA, | Case No. 2:22-cv-01162-JAM-DB |
| Plaintiff, | ORDER |
| v. | |
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief of the Elk Grove Police Department; JONATHAN P. HOBBS, in his official capacity as the City Attorney for the City of Elk Grove; CITY OF ELK GROVE, | |
| Defendants. | |

///

///

**ORDER**

The Court, having reviewed the Parties' Stipulation for Plaintiff to File First Amended and Supplemental Complaint and to Set Deadlines for Responsive Pleadings and Joint Case Management Statement, and good cause appearing therefore,

**HEREBY ORDERS** that:

1. Plaintiff is granted leave to file a First Amended and Supplemental Complaint by September 2, 2022.

2. Because Plaintiff will be filing a First Amended and Supplemental Complaint, Defendants are no longer required to file a responsive pleading in response to the initial Complaint.

3. Defendants' responses to the First Amended and Supplemental Complaint are due on Friday, September 30, 2022.

4. The deadline for the parties to confer and file a Joint Status Report—pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order Requiring Service of Process and Joint Status Report (ECF No. 11)—is continued to 30 days after the Court resolves any and all motions to dismiss the First Amended and Supplemental Complaint, or (if Defendants do not file any motions to dismiss) 30 days after all parties file an Answer to the First Amended and Supplemental Complaint.

**IT IS SO ORDERED.**

Dated:  August 23, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE