**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO and ANN MARIE SCHUBERT
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA,<br><br>        Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief Attorney for the City of Elk Gove; CITY OF ELK GROVE,<br><br>        Defendants.<br>_____ / | CASE NO. 2:22-cv-01162-JAM-DB<br><br>**STIPULATION TO A PARTIAL STAY OF CASE PENDING OUTCOME OF RELATED STATE MATTER**<br><br>Complaint Filed: 7/5/22 |

## STIPULATION

Defendants Governor Gavin Newsom and Attorney General Rob Bonta (collectively "State Defendants"); Defendants City of Elk Grove, Police Chief Bobby Davis, and City Attorney Jonathan Hobbs (collectively "Elk Grove Defendants"); Defendants County of Sacramento and Sacramento County District Attorney Anne Marie Schubert (collectively "County Defendants"); and Plaintiff Arnold Abrera

("Plaintiff"), in an effort to avoid multiple motions to dismiss, and in consideration that the outcome of the related motion for return of firearms, currently pending in the Sacramento County Superior Court, (See First Amended Complaint, ¶s 94, 464) may have an effect on the status of the pleadings and claims currently pled, hereby agree and stipulate this matter be partially stayed, pending the resolution of those proceedings.

This stipulation for a stay, however, does not apply to Plaintiff's planned motion for a Temporary Restraining Order and Preliminary Injunction concerning the eleventh and twelfth claims for relief as against Attorney General Bonta in his official capacity only, as arising from the challenge to SB 1327.

The parties agree that in light of this stay, the current deadline for responses to the First Amended Complaint (ECF No. 16) is taken off calendar.  Plaintiff will notify the court when the related state proceedings have completed, and whether he plans to proceed with the First Amended Complaint or move to amend the complaint.  If Plaintiff plans to proceed with the First Amended Complaint, the Defendants' response will be due 20 days after Plaintiff's notice to the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 22, 2022

ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General


*/s/ Anthony P. O'Brien*
ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of California, and Rob Bonta, in his official capacity as Attorney General of California*

| | |
|---|---|
| Dated: September 22, 2022 | KRONICK MOSKOVITZ TIEDEMANN & GIRARD |
| | |
| | */s/ David W. Tyra*<br>DAVID W. TYRA<br>SHARI COVINGTON<br>*Attorneys for Defendants City of Elk Grove, Bobby Davis, in his official capacity as Police Chief for the City of Elk Grove, and Jonathan Hobbs, in his official capacity as Elk Grove City Attorney* |
| Dated: September 22, 2022 | PORTER SCOTT |
| | */s/ John R. Whitefleet*<br>JOHN R. WHITEFLEET<br>CARL L. FESSENDEN<br>*Attorneys for Defendants County of Sacramento and Anne Marie Schubert, in her official capacity as District Attorney for the County of Sacramento* |
| Dated: September 20, 2022 | VETERANS LAW CENTER<br>STRATEGIC LAW COMMAND |
| | */s/ Gary W. Gorski, Esq.*<br>GARY W. GORSKI, ESQ.<br>DANIEL M. KARALASH, ESQ.<br>*Attorneys for Plaintiff Arnold Abrera* |

**ORDER**

Pursuant to the above stipulation, and good cause appearing, this case is stayed save as to Plaintiff's planned motion for a Temporary Restraining Order and Preliminary Injunction concerning the eleventh and twelfth claims for relief as against Attorney General Bonta in his official capacity only, as arising from the challenge to SB 1327. Plaintiff shall notify the court when the related state proceedings have completed, and whether he plans to proceed with the First Amended Complaint or move to amend the complaint. If Plaintiff plans to proceed with the First Amended Complaint, the Defendants' response will be due 20 days after Plaintiff's notice to the Court.

Dated: September 21, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE