**[Exempt From Filing Fee
Government Code § 6103]**

1  DAVID W. TYRA, State Bar No. 116218
   *dtyra@kmtg.com*
2  SHARI P. COVINGTON, State Bar No. 312078
   *scovington@kmtg.com*
3  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   1331 Garden Hwy, 2nd Floor
4  Sacramento, California 95833
   Telephone: (916) 321-4500
5  Facsimile:  (916) 321-4555

6  Attorneys for Defendants City of Elk Grove,
   Bobby Davis and Jonathan P. Hobbs
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA, | Case No. 2:22-CV-01162-JAM-DB |
| Plaintiff, | **NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief of the Elk Grove Police Department; JONATHAN P. HOBBS, in his official capacity as the City Attorney for the City of Elk Grove; CITY OF ELK GROVE, | Date: November 15, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 6, 14th Floor<br>501 I Street<br>Sacramento CA<br><br>Trial Date:   N/A |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

2303353.1  10784-256

1

NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

1  In light of the fact Plaintiff's Motion for Preliminary Injunction is directed solely at Defendants Governor Newsom and Attorney General Bonta, Defendants City of Elk Grove and Chief Bobby Davis do not take a position on the motion and reserve arguments regarding their ability to collect attorneys' fees for a later point in time in this action.

DATED: October 20, 2022

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: _____
David W. Tyra
Shari P. Covington
Attorneys for Defendants City of Elk Grove, Bobby Davis and Jonathan P. Hobbs

2303353.1 10784-256

2

NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION