**Gary W. Gorski CBN: 166526**
**Attorney at Law**
3017 Douglas Blvd., Suite 150
Roseville, CA  95661
Cell: (775) 720-1000
Fax: (916) 520-3930
CivilRightsAttorney@BlackWolfLaw.com

**Daniel M. Karalash CBN: 176421**
**Attorney at Law**
*STRATEGIC LAW COMMAND*
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
(916) 787-1234
Fax: (916) 520-3930

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA, | No.  2:22-cv-01162-JAM-DB |
| plaintiff, | |
| v. | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief of the Elk Grove Police Department; JONATHAN P. HOBBS, in his official capacity as the City Attorney for the City of Elk Grove; CITY OF ELK GROVE; | |
| defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff ARNOLD ABRERA appeals to the United States Court of Appeals for the Ninth Circuit from the ORDER signed by Senior Judge John A. Mendez on December 08, 2022, DENYING Plaintiff's Motion for Preliminary Injunction, entered

on December 9, 2022, at docket entry number 29.

                                       Respectfully submitted,

Dated Friday, December 9, 2022.    /s/ *Gary W. Gorski*
                                                             Gary W. Gorski
                                                             Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, I electronically filed the foregoing with the United States District Court, Eastern District of California by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                   Respectfully submitted,

Dated Friday, December 9, 2022.  /s/ *Gary W. Gorski*
                    Gary W. Gorski
                    Attorney for Plaintiff

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| ARNOLD ABRERA, an individual; |

Name(s) of counsel (if any):
| |
|---|
| Gary W. Gorski (SBN 166526) <br> Daniel M. Karalash (SBN 176422) |

Address: 3017 Douglas Blvd. Suite 150, Roseville, CA  95661

Telephone number(s): (775) 720-1000; (916) 787-1234

Email(s): CivilRightsAttorney@BlackWolfLaw.com dan@stratlaw.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes     ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California |

Name(s) of counsel (if any):
| |
|---|
| Anthony Paul O'Brien <br> Attorney General's Office for the State of California <br> Department of Justice |

Address: 1300 I Street

Telephone number(s): Sacramento, CA 94244-2550

Email(s): anthony.obrien@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     *1*                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 6**              *2*              *New 12/01/2018*