UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**ARNOLD ABRERA,**
    Plaintiff

  v.                               **CASE NO. 2:22–CV–01162–JAM–DB**

**GAVIN NEWSOM, ET AL.,**
    Defendant

You are hereby notified that a Notice of Appeal was filed on **December 09, 2022** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

December 13, 2022

                        **KEITH HOLLAND**
                        **CLERK OF COURT**

                **by:** /s/ A. Kastilahn
                        Deputy Clerk