UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:22−CV−01162−JAM−DB** |
| USDC Judge: | **SENIOR JUDGE JOHN A. MENDEZ** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **ARNOLD ABRERA vs. GAVIN NEWSOM** |
| Type: | **CIVIL** |
| Complaint Filed: | **7/5/2022** |
| Appealed Order/Judgment Filed: | **12/9/2022** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Paid on 12/9/2022 in the amount of &#036;505.00**

Information prepared by: /s/ **A. Kastilahn , Deputy Clerk**