UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA,<br><br>        Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>        Defendants. | No.  22-cv-01162-JAM-DB<br><br>**ORDER TO SHOW CAUSE** |

   The Court orders Plaintiff's counsel to submit a declaration showing cause why Rule 11 sanctions should not be imposed for the filing of Plaintiff's motion for preliminary injunction.

   This motion, on its face, arguably caused unnecessary delay and needlessly increased the cost of this litigation given that Defendants' specifically informed Plaintiff's counsel that they would not enforce § 1021.11.  Defendants are invited to submit a declaration with supporting documentation on the propriety of sanctions and the attorneys' fees incurred in opposing this most

1

recent motion.  Both submissions should be filed by December 16, 2022.

IT IS SO ORDERED.

Dated:   December 12, 2022

_____
JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE