1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   BENJAMIN M. GLICKMAN, State Bar No. 247907
    Supervising Deputy Attorney General
3   ANTHONY P. O'BRIEN, State Bar No. 232650
    Deputy General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 210-6002
6     Fax:  (916) 324-8835
      E-mail:  Anthony.OBrien@doj.ca.gov
7   *Attorneys for Defendants Gavin Newsom, in his*
    *official capacity as Governor of California, and Rob*
8   *Bonta, in his official capacity as Attorney General of*
    *California*

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  **ARNOLD ABRERA,**                    Case No. 2:22-cv-01162-JAM-DB

15                          Plaintiff,    **STATE DEFENDANTS' RESPONSE TO**
                                          **THE COURT'S ORDER TO SHOW**
16         **v.**                         **CAUSE; SUPPORTING DECLARATION**
                                          **OF ANTHONY P. O'BRIEN**
17
    **GAVIN NEWSOM, in his official capacity**   Courtroom:    6
18  **as Governor of the State of California; ROB**  Judge:        The Honorable John A.
    **BONTA, in his official capacity as Attorney**               Mendez
19  **General of the State of California; ANNE**  Trial Date:   None Set
    **MARIE SCHUBERT, in her official**          Action Filed: July 5, 2022
20  **capacity as County of Sacramento District**
    **Attorney; COUNTY OF SACRAMENTO;**
21  **BOBBY DAVIS, in his official capacity as**
    **Chief of the Elk Grove Police Department;**
22  **JONATHAN P. HOBBS, in his official**
    **capacity as the City Attorney for the City of**
23  **Elk Grove; CITY OF ELK GROVE,**

24                          Defendants.

25  / / /

26  / / /

27

28
                                   1
    _____
                         State Defendants' Response to the Court's Order to Show Cause;
                    Supporting Declaration of Anthony P. O'Brien (2:22-cv-01162-JAM-DB)

1    Defendants Gavin Newsom, in his official capacity as Governor of California, and Rob

2  Bonta, in his official capacity as Attorney General of California (collectively "State Defendants")

3  submit the following declaration of counsel in response to the Court's Order to Show Cause,

4  issued December 13, 2022 (ECF No. 33).

5    Pursuant to the Court's request, State Defendants submit the attached declaration solely to

6  document the attorneys' fees incurred in opposing Plaintiff's Motion for Preliminary Injunction.

7  Nonetheless, although State Defendants agree that the motion for preliminary injunction was

8  unnecessary given their prior representations, they do not believe that sanctions against Plaintiff's

9  counsel are warranted at this time.

10  Dated:  December 16, 2022                       Respectfully submitted,

11                                                  ROB BONTA
                                                    Attorney General of California
12                                                  BENJAMIN M. GLICKMAN
                                                    Supervising Deputy Attorney General
13

14                                                  /s/ Anthony P. O'Brien

15                                                  ANTHONY P. O'BRIEN
                                                    Deputy Attorney General
16                                                  *Attorneys for Defendants Gavin Newsom, in
                                                    his official capacity as Governor of
17                                                  California, and Rob Bonta, in his official
                                                    capacity as Attorney General of California*
18

    SA2022303127
19  36790860.docx

20

21

22

23

24

25

26

27

28

2

## DECLARATION OF ANTHONY P. O'BRIEN

I, Anthony P. O'Brien, hereby declare as follows:

1.    I am a Deputy Attorney General with the California Department of Justice and serve as counsel in this action for Defendants Governor Gavin Newsom and Attorney General Rob Bonta, in their official capacities (collectively, "State Defendants").  I make this declaration in response to the Court's Order to Show Cause, filed on December 13, 2022 (ECF No. 33).  I have personal, firsthand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2.    Our office incurred $11,385.00 in attorneys' fees opposing Plaintiff's Motion for Preliminary Injunction, filed October 6, 2022.  ECF No. 19.  Those fees included the time I spent in drafting the opposition, along with the time spent by supervising attorneys reviewing and editing the opposition.  A copy of the timesheet for the attorneys' fees incurred in this matter is attached as Exhibit 1.[1]

3.    Our office filed State Defendants' Opposition to the Motion for Preliminary Injunction on October 20, 2022.  ECF No. 22.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of December, 2022 in Roseville, California.

*/s/ Anthony P. O'Brien*
Anthony P. O'Brien

---

[1] As noted in the attached timesheet, this amount reflects a combined total of 51.75 hours at an hourly rate of $220 for all attorneys drafting, reviewing, and editing the opposition.  If prevailing market rates apply, the State Defendants' associated costs would be higher.

EXHIBIT 1

*State of California*
**DEPARTMENT OF JUSTICE**
**1300 I STREET, SACRAMENTO, CA  95814**
Billing Inquiries:  (916) 210-7048



# Matter Time Activity By Professional Type

Between Oct 6, 2022 and Oct 20, 2022

Matter ID:  SA2022303127                          Date Opened:  07/18/2022
Description:  Abrera, Arnold v. Gavin Newsom, et al.

Professional Type:  Attorney

Fiscal Year:  2022

Professional:  Anthony P. O'Brien

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj ? | Statement Date |
|---|---|---|---|---|---|---|---|---|---|
| 305486348 | 10/7/22 | CV-GOV:120 | 82003 | Communications | 4.75 | $220.00 | $1,045.00 | | 10/31/22 |
| 305498826 | 10/10/22 | CV-GOV:120 | 82003 | Drafting | 0.25 | $220.00 | $55.00 | | 10/31/22 |
| 305498832 | 10/11/22 | CV-GOV:120 | 82003 | Drafting | 0.25 | $220.00 | $55.00 | | 10/31/22 |
| 305498845 | 10/12/22 | CV-GOV:120 | 82003 | Drafting | 1.50 | $220.00 | $330.00 | | 10/31/22 |
| 305498873 | 10/13/22 | CV-GOV:120 | 82003 | Communications | 0.50 | $220.00 | $110.00 | | 10/31/22 |
| 305498898 | 10/14/22 | CV-GOV:120 | 82003 | Drafting | 4.75 | $220.00 | $1,045.00 | | 10/31/22 |
| 305516054 | 10/17/22 | CV-GOV:120 | 82003 | Drafting | 7.00 | $220.00 | $1,540.00 | | 10/31/22 |
| 305516059 | 10/18/22 | CV-GOV:120 | 82003 | Drafting | 2.75 | $220.00 | $605.00 | | 10/31/22 |
| 305516070 | 10/19/22 | CV-GOV:120 | 82003 | Drafting | 9.00 | $220.00 | $1,980.00 | | 10/31/22 |
| 305516073 | 10/20/22 | CV-GOV:120 | 82003 | Drafting | 5.75 | $220.00 | $1,265.00 | | 10/31/22 |
| | | | | Anthony P. O'Brien Totals: | 36.50 | | $8,030.00 | | |
| Professional:  Benjamin M. Glickman | | | | | | | | | |
| 305481241 | 10/6/22 | CV-GOV:120 | 82003 | Research/Analysis/Strategy | 0.50 | $220.00 | $110.00 | | 10/31/22 |
| 305481348 | 10/7/22 | CV-GOV:120 | 82003 | Research/Analysis/Strategy | 1.00 | $220.00 | $220.00 | | 10/31/22 |
| 305499181 | 10/13/22 | CV-GOV:120 | 82003 | Research/Analysis/Strategy | 0.75 | $220.00 | $165.00 | | 10/31/22 |
| 305499207 | 10/14/22 | CV-GOV:120 | 82003 | Research/Analysis/Strategy | 0.75 | $220.00 | $165.00 | | 10/31/22 |
| 305516313 | 10/17/22 | CV-GOV:120 | 82003 | Research/Analysis/Strategy | 0.50 | $220.00 | $110.00 | | 10/31/22 |
| 305516332 | 10/18/22 | CV-GOV:120 | 82003 | Research/Analysis/Strategy | 1.75 | $220.00 | $385.00 | | 10/31/22 |
| 305516336 | 10/19/22 | CV-GOV:120 | 82003 | Research/Analysis/Strategy | 1.00 | $220.00 | $220.00 | | 10/31/22 |
| 305516383 | 10/20/22 | CV-GOV:120 | 82003 | Research/Analysis/Strategy | 0.50 | $220.00 | $110.00 | | 10/31/22 |
| | | | | Benjamin M. Glickman Totals: | 6.75 | | $1,485.00 | | |
| Professional:  Helen H. Hong | | | | | | | | | |
| 802233959 | 10/19/22 | EX-OSG:079 | 82003 | OSG Writing/Editing | 2.25 | $220.00 | $495.00 | | 10/31/22 |
| 802233972 | 10/20/22 | EX-OSG:079 | 82003 | OSG Analysis/Strategy | 1.00 | $220.00 | $220.00 | | 10/31/22 |
| | | | | Helen H. Hong Totals: | 3.25 | | $715.00 | | |

**ROB BONTA**
**Attorney General**

Case 2:22-cv-01162-JAM-DB    Document 35    Filed 12/16/22    Page 6 of 7

*State of California*
**DEPARTMENT OF JUSTICE**
**1300 I STREET, SACRAMENTO, CA  95814**
Billing Inquiries:  (916) 210-7048



# Matter Time Activity By Professional Type

Between Oct 6, 2022 and Oct 20, 2022

Professional:  P. Patty Li

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj ? | Statement Date |
|---|---|---|---|---|---|---|---|---|---|
| 402632680 | 10/18/22 | CV-GOV:120 | 82003 | Supervisory Review | 0.75 | $220.00 | $165.00 | | 10/31/22 |
| 402632681 | 10/19/22 | CV-GOV:120 | 82003 | Supervisory Review | 0.50 | $220.00 | $110.00 | | 10/31/22 |
| 402632690 | 10/20/22 | CV-GOV:120 | 82003 | Supervisory Review | 0.75 | $220.00 | $165.00 | | 10/31/22 |
| | | | | P. Patty Li Totals: | 2.00 | | $440.00 | | |
| Professional:  Samuel P. Siegel | | | | | | | | | |
| 402605154 | 10/7/22 | EX-OSG:079 | 82003 | OSG Analysis/Strategy | 2.50 | $220.00 | $550.00 | | 10/31/22 |
| | | | | Samuel P. Siegel Totals: | 2.50 | | $550.00 | | |
| Professional:  Thomas S. Patterson | | | | | | | | | |
| 402625666 | 10/19/22 | CV-GOV:120 | 82003 | Supervisory Review | 0.75 | $220.00 | $165.00 | | 10/31/22 |
| | | | | Thomas S. Patterson Totals: | 0.75 | | $165.00 | | |
| | | | | 2022 Totals: | 51.75 | | $11,385.00 | | |
| | | | | Attorney Totals: | 51.75 | | $11,385.00 | | |
| | | | | SA2022303127 Totals: | 51.75 | | $11,385.00 | | |

# CERTIFICATE OF SERVICE

Case Name:   **Abrera, Arnold v. Gavin**          No.    **2:22-cv-01162-JAM-DB**
             **Newsom, et al.**

I hereby certify that on <u>December 16, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE;
SUPPORTING DECLARATION OF ANTHONY P. O'BRIEN**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 16, 2022</u>, at Sacramento, California.

| Ritta Mashriqi | */s/Ritta Mashriqi* |
|:---:|:---:|
| Declarant | Signature |

SA2022303127
36792827.docx