**Daniel M. Karalash CBN: 176421**
**Attorney at Law**
*STRATEGIC LAW COMMAND*
3017 Douglas Blvd. Suite 150
Roseville, CA 95661
(916) 787-1234
Fax: (916) 520-3930

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA,<br><br>       plaintiff,<br>   v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief of the Elk Grove Police Department; JONATHAN P. HOBBS, in his official capacity as the City Attorney for the City of Elk Grove; CITY OF ELK GROVE;<br><br>       defendants. | No. 2:22-cv-1162 JAM DB<br><br>**NOTICE OF MOTION FOR PERMISSION FOR ATTORNEY DAN KARALASH TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>**Date:** 1/24/2023<br>**Time:** 1:30 p.m.<br>Hon. Judge: John A. Mendez<br>**Location:** Courtroom 6, 14th floor<br>501 I Street<br>Sacramento, CA<br><br>**Action Filed:** July 5, 2022 |

**TO THE COURT AND ALL PARTIES,**

**PLEASE TAKE NOTICE** that on **January 24, 2022, 1:30 p.m.,** before the Honorable Judge **John A. Mendez**, **Courtroom 6, 14th floor** in the above-entitled court at 501 I Street, Sacramento, CA, Attorney Daniel M. Karalash will move the Court to withdrawal as attorney of record for Plaintiff ARNOLD ABRERA because of the conflict of interest created by California

1

Code of Civil Procedure § 1021.11, enacted in Section 2 of Senate Bill 1327 (hereinafter "SB 1327), and this Court's denial of the request for injunctive relief (Docket Entry # 29).  Plaintiff ARNOLD ABRERA opposes my withdraw from this action. (See First Amended Complaint, ¶ 460, Docket Entry 16, also found at Docket Entry 19-3, **Exhibit "1"**; Reply, 13:12-16, Docket Entry 24; **Abrera Decl.** ¶s 20-24, 41 Docket Entry 20; **Karalash Decl.** ¶s 12, 15, 22, Docket Entry 24-1.)

**Plaintiff ARNOLD ABRERA opposes my motion to be relieved as his attorney of record. A copy of this motion was electronically served on him and Mr. Gorski.**

This motion is based on this notice of motion and motion, the memorandum of points and authorities filed in support, and supporting declarations, and the order denying the request for preliminary injunction (Docket Entry # 29).  This motion is also based on the pleadings and records already on file, and on any further matters the Court deems appropriate.

DATED: December 16, 2022

Respectfully submitted,
STRATEGIC LAW COMMAND
 */s/ **Daniel M. Karalash***
**Daniel M. Karalash**
Attorney for Plaintiff Arnold Abrera