1

**Gary W. Gorski CBN: 166526**
**Attorney at Law**

2

*VETERANS LAW CENTER*
3017 Douglas Blvd., Suite 150

3

Roseville, CA  95661
Cell: (775) 720-1000

4

Fax: (916) 520-3930

5

CivilRightsAttorney@BlackWolfLaw.com
www.VeteransLawCenter.com

6

7

**Daniel M. Karalash CBN: 176421**
**Attorney at Law**

8

*STRATEGIC LAW COMMAND*
3017 Douglas Blvd. Suite 150

9

Roseville, CA  95661
(916) 787-1234

10

Fax: (916) 520-3930

11

UNITED STATES DISTRICT COURT

12

EASTERN DISTRICT OF CALIFORNIA

13

14

ARNOLD ABRERA,

No.  2:22-cv-1162 JAM DB

15

plaintiff,

v.

**NOTICE OF PAYMENT OF FEES**

16

17

GAVIN NEWSOM, in his official capacity
as Governor of the State of California; ROB
BONTA, in his official capacity as Attorney

**Hon. Judge:**  John A. Mendez
**Location:** Courtroom 6, 14th floor

18

General of the State of California; ANNE
MARIE SCHUBERT, in her official

501 I Street
Sacramento, CA

19

capacity as County of Sacramento District
Attorney; COUNTY OF SACRAMENTO;

**Action Filed:** July 5, 2022

20

BOBBY DAVIS, in his official capacity as

21

Chief of the Elk Grove Police Department;
JONATHAN P. HOBBS, in his official

22

capacity as the City Attorney for the City of
Elk Grove; CITY OF ELK GROVE;

23

defendants.

24

25

**DECLARATION**

26

27

I, Gary W. Gorski, declare as follows:

28

1. I placed in U.S. Mail payment to Clerk of the U.S. District Court a check in the amount of

1

$200.00, a copy of which has been attached.

2.  Address:

Clerk of the U.S. Court, Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814

I declare under the penalty of perjury the above information is true and correct and of my own

personal knowledge. Executed in County of Sacramento on Friday, December 16, 2022.

/s/ Gary W. Gorski
GARY W. GORSKI
Declarant

2

