**Gary W. Gorski CBN: 166526**
**Attorney at Law**
*VETERANS LAW CENTER*
3017 Douglas Blvd., Suite 150
Roseville, CA  95661
Cell: (775) 720-1000
Fax: (916) 520-3930
CivilRightsAttorney@BlackWolfLaw.com
www.VeteransLawCenter.com

**Daniel M. Karalash CBN: 176421**
**Attorney at Law**
*STRATEGIC LAW COMMAND*
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
(916) 787-1234
Fax: (916) 520-3930

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA,<br><br>plaintiff,<br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief of the Elk Grove Police Department; JONATHAN P. HOBBS, in his official capacity as the City Attorney for the City of Elk Grove; CITY OF ELK GROVE;<br><br>defendants. | No.  2: 22-cv-01162-JAM-DB<br><br>**PLAINTIFF'S NOTICE OF END OF STAY AND THAT RESPONSES ARE DUE TO FIRST AMENDED COMPLAINT WITHIN 20 DAYS FROM THE DATE OF THIS NOTICE [Re: Order of 9/22/2022, dckt no. 18]**<br><br>Action Filed: July 5, 2022 |

PLEASE TAKE NOTICE that Plaintiff will proceed with the First Amended Complaint, and that responses are due to First Amended Complaint within 20 days from the date of this notice [Re: Order of 9/22/2022, dckt no. 18].

DATED: September 27, 2023

Respectfully submitted,
LAW OFFICES OF GARY W. GORSKI
 */s/ Gary W. Gorski*
GARY W. GORSKI
Attorney for Plaintiff Arnold Abrera