**[Exempt From Filing Fee
Government Code § 6103]**

1  DAVID W. TYRA, State Bar No. 116218
   *dtyra@kmtg.com*
2  TERILYNN DIEPENBROCK, State Bar No. 129075
   *tdiepenbrock@kmtg.com*
3  ALEC D. TYRA, State Bar No. 339922
   *atyra@kmtg.com*
4  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   1331 Garden Hwy, 2nd Floor
5  Sacramento, California 95833
   Telephone: (916) 321-4500
6  Facsimile:  (916) 321-4555

7  Attorneys for Defendants City of Elk Grove,
   Bobby Davis, and Jonathan P. Hobbs

8

9

10                 UNITED STATES DISTRICT COURT

11               EASTERN DISTRICT OF CALIFORNIA

12

13  ARNOLD ABRERA,                          Case No. 2:22-cv-01162-JAM-DB

14           Plaintiff,                      **STIPULATION TO EXTEND TIME FOR
                                             DEFENDANTS CITY OF ELK GROVE,
15       v.                                  BOBBY DAVIS, AND JONATHAN HOBBS
                                             TO RESPOND TO PLAINTIFF'S FIRST
16  GAVIN NEWSOM, in his official capacity as AMENDED COMPLAINT; ORDER**
    Governor of the State of California;
17  ROB BONTA, in his official capacity as
    Attorney General of the State of California;
18  ANNE MARIE SCHUBERT, in her
    official capacity as County of Sacramento
19  District Attorney; COUNTY OF
    SACRAMENTO; BOBBY DAVIS, in his
20  official capacity as Chief of the Elk Grove
    Police Department; JONATHAN P.
21  HOBBS, in his official capacity as the City
    Attorney for the City of Elk Grove; CITY OF
22  ELK GROVE,

23           Defendants.

24

25       IT IS HEREBY STIPULATED by and between Plaintiff ARNOLD ABRERA and

26  Defendants CITY OF ELK GROVE, BOBBY DAVIS, and JONATHAN HOBBS (together as

27  ELK GROVE DEFENDANTS) through their respective attorneys that the ELK GROVE

28  DEFENDANTS may have additional time to answer or otherwise respond to Plaintiff's First

1  Amended Complaint (ECF 16). Therefore, the last day for the ELK GROVE DEFENDANTS to

2  answer or otherwise respond to Plaintiff's complaint is Thursday, November 16, 2023.

3         Good cause exists for this extension as the Plaintiff and the ELK GROVE DEFENDANTS

4  have been engaged in settlement discussions and require additional time to explore possible

5  resolutions to their matter. In addition, the length and complexity of the First Amended Complaint,

6  which contains 506 paragraphs of allegations, requires additional time to prepare an answer or

7  other response in the event a resolution is not reached.

8         This document is being electronically filed through the Court's ECF system. In this regard,

9  counsel for the ELK GROVE DEFENDANTS hereby attests that (1) the content of this documents

10 is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred

11 with the filing of this document; and (3) a record supporting this concurrence is available for

12 inspection or production if so ordered.

13

14 DATED:  October 13, 2023                    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                               A Professional Corporation
15

16

17                                             By:  _____/s/ Alec D. Tyra_____
                                                     David W. Tyra
18                                                   Alec D. Tyra
                                                     Attorneys for Defendants City of Elk Grove,
19                                                   Bobby Davis, and Jonathan P. Hobbs

20

21 DATED:  October 13, 2023                    LAW OFFICES OF GARY W. GORSKI

22

23

24                                             By:  _____/s/ Gary W. Gorski_____
                                                     Gary W. Gorski
25                                                   Attorney for Plaintiff Arnold Abrera

26

27

28

1

2                                    **ORDER**

3          Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendants City of Elk Grove,

4    Bobby Davis, and Jonathan Hobbs should answer or otherwise respond to Plaintiff's First

5    Amended Complaint on or before **Thursday, November 16, 2023**.

6

7     Dated: October 13, 2023                    /s/ John A. Mendez
                                                 _____
8                                                THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28