Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Jay C. Russell, State Bar No. 122626
Deputy Attorney General
 455 Golden Gate Avenue
 Suite 11000
 San Francisco, CA  94102
 Telephone:  (415) 510-3617
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of California, and Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNOLD ABRERA,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; et al.**<br><br>Defendants. | Case No.: 2:22-cv-01162-JAM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS NEWSOM AND BONTA TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P., Rule 6(b);<br>E.D. Cal. Civil Local Rules 143, 144(b)]<br><br>Judge:         Honorable John A. Mendez<br>Trial Date:   None Set<br>Action Filed: July 5, 2022 |

**STIPULATION**

Per Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rules 143 and 144(b), Defendants Governor Gavin Newsom and Attorney General Rob Bonta (the State Defendants), and Plaintiff Arnold Abrera, stipulate to extend the State Defendants' deadline to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 16) to November 16, 2023.

1

The requested extension is 28 days after the State Defendants' present responsive pleading deadline, and therefore is permitted under Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rules 143 and 144(b). Plaintiff's counsel consents to this extension of time.

This is the second extension of time sought with respect to any of the State Defendants' responses to a pleading in this matter, and the extension will not affect the date of any event or other deadline already fixed by the Court.

The parties further stipulate that this extension is neither intended nor will be construed as a waiver of any objection or defense that the State Defendants may have or could assert against the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated:  October 16, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Jay C. Russell*
JAY C. RUSSELL
Deputy Attorney General
*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of California, and Rob Bonta, in his official capacity as Attorney General of California*

Dated:  October 16, 2023

Respectfully submitted,

VETERANS LAW CENTER
STRATEGIC LAW COMMAND

*/s/ Gary W. Gorski*
GARY W. GORSKI, ESQ.
DANIEL M. KARALASH, ESQ.
*Attorneys for Plaintiff Arnold Abrera*

2

Stipulation and [Proposed] Order Extending Time for Defs. to Respond to First Am. Compl.  (2:22-cv-01162-JAM-DB)

# [PROPOSED] ORDER

Under the above Stipulation, the time for Defendants Newsom and Bonta to respond to the First Amended Complaint is extended to November 16, 2023.

**IT IS SO ORDERED.**

_____
Hon. John A. Mendez
United States District Court Judge

SA2022303127
36397375.docx

3

Stipulation and [Proposed] Order Extending Time for Defs. to Respond to First Am. Compl.  (2:22-cv-01162-JAM-DB)

# CERTIFICATE OF SERVICE

Case Name: **_Abrera, Arnold v. Gavin Newsom, et al._**   Case No. **2:22-cv-01162-JAM-DB**

I hereby certify that on October 16, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS NEWSOM AND BONTA TO RESPOND TO FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 16, 2023, at San Francisco, California.

| M. Mendiola | _M. Mendiola_ |
|---|---|
| Declarant | Signature |

SA2022303127
43919175.docx