1  | ROB BONTA
   | Attorney General of California
2  | ANYA M. BINSACCA
   | Supervising Deputy Attorney General
3  | JAY C. RUSSELL, State Bar No. 122626
   | Deputy Attorney General
4  |   455 Golden Gate Avenue
   |   Suite 11000
5  |   San Francisco, CA  94102
   |   Telephone:  (415) 510-3617
6  |   Fax:  (415) 703-5843
   |   E-mail:  Jay.Russell@doj.ca.gov
7  | *Attorneys for Defendants Gavin Newsom, in his*
   | *official capacity as Governor of California, and Rob*
8  | *Bonta, in his official capacity as Attorney General of*
   | *California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNOLD ABRERA,** | Case No.: 2:22-cv-01162-JAM-DB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS NEWSOM AND BONTA TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| **GAVIN NEWSOM, in his official capacity as Governor of the State of California; et al.** | **[Fed. R. Civ. P., Rule 6(b); E.D. Cal. Civil Local Rules 143, 144(b)]** |
| Defendants. | Judge:  Honorable John A. Mendez
Trial Date:  None Set
Action Filed:  July 5, 2022 |

**STIPULATION**

Per Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rules 143 and 144(b), Defendants Governor Gavin Newsom and Attorney General Rob Bonta (the State Defendants), and Plaintiff Arnold Abrera, stipulate to extend the State Defendants' deadline to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 16) to November 16, 2023.

1

1    The requested extension is 28 days after the State Defendants' present responsive pleading

2    deadline, and therefore is permitted under Rule 6(b) of the Federal Rules of Civil Procedure and

3    Civil Local Rules 143 and 144(b).  Plaintiff's counsel consents to this extension of time.

4    This is the second extension of time sought with respect to any of the State Defendants'

5    responses to a pleading in this matter, and the extension will not affect the date of any event or

6    other deadline already fixed by the Court.

7    The parties further stipulate that this extension is neither intended nor will be construed as a

8    waiver of any objection or defense that the State Defendants may have or could assert against the

9    First Amended Complaint.

10    **IT IS SO STIPULATED.**

11    Dated:  October 16, 2023                            Respectfully submitted,

12                                                                          ROB BONTA
                                                                             Attorney General of California
13                                                                          ANYA M. BINSACCA
                                                                             Supervising Deputy Attorney General
14

15                                                                          */s/ Jay C. Russell*
                                                                             JAY C. RUSSELL
16                                                                          Deputy Attorney General
                                                                             *Attorneys for Defendants Gavin Newsom, in*
17                                                                          *his official capacity as Governor of*
                                                                             *California, and Rob Bonta, in his official*
18                                                                          *capacity as Attorney General of California*

19    Dated:  October 16, 2023                            Respectfully submitted,

20                                                                          VETERANS LAW CENTER
                                                                             STRATEGIC LAW COMMAND
21

22                                                                          */s/ Gary W. Gorski*
                                                                             GARY W. GORSKI, ESQ.
23                                                                          DANIEL M. KARALASH, ESQ.
                                                                             *Attorneys for Plaintiff Arnold Abrera*

24

25

26

27

28

2

1

**ORDER**

2

  Under the above Stipulation, the time for Defendants **Gavin Newsom and Rob Bonta** to

3

respond to the First Amended Complaint is **EXTENDED** to **November 16, 2023**.

4

  **IT IS SO ORDERED.**

5

 Dated: October 16, 2023      /s/ John A. Mendez

6

                  THE HONORABLE JOHN A. MENDEZ

7

                  SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

SA2022303127

23

36397375.docx

24

25

26

27

28