**[Exempt From Filing Fee Government Code § 6103]**

DAVID W. TYRA, State Bar No. 116218
*dtyra@kmtg.com*
TERILYNN DIEPENBROCK, State Bar No. 129075
*tdiepenbrock@kmtg.com*
ALEC D. TYRA, State Bar No. 339922
*atyra@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Defendants City of Elk Grove,
Bobby Davis, and Jonathan P. Hobbs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA,<br><br>            Plaintiff,<br><br>   v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief of the Elk Grove Police Department; JONATHAN P. HOBBS, in his official capacity as the City Attorney for the City of Elk Grove; CITY OF ELK GROVE,<br><br>            Defendants. | Case No. 2:22-CV-01162-JAM-DB<br><br>**DEFENDANTS BOBBY DAVIS', JONATHAN P. HOBBS' AND CITY OF ELK GROVE'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS COUNTY OF SACRAMENTO AND ANNE MARIE SCHUBERT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:     January 9, 2024<br>Time:    1:30 p.m.<br>Crtrm.:   6<br><br>Trial Date:          N/A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Bobby Davis, Jonathan P. Hobbs and City of Elk Grove ("Elk Grove Defendants") hereby join in the motion of Defendants County of Sacramento and Anne Marie Schubert's ("County of Sacramento Defendants") motion to dismiss

2445195.1 10784.256

1  Plaintiff's First Amended Complaint based upon Federal Rules of Civil Procedure, Rules 12(b)(1),
2  12(b)(6), and 12(f) and will request the Court at the hearing scheduled on this motion for January
3  9, 2024 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the above
4  entitled Court, for the same relief, i.e., dismissal based upon the above-cited Federal Rules of Civil
5  Procedure.

6  In support of this joinder, the Elk Grove Defendants adopt all arguments, facts, and points
7  and authorities submitted by County of Sacramento Defendants as though the Elk Grove
8  Defendants had set forth all such matters in full.

## I.   INTRODUCTION

10  Plaintiff asserts twelve causes of action against all defendants across 506 paragraphs of
11  allegations. Plaintiff asserts his first, second, seventh, eighth, ninth, tenth, eleventh, and twelfth
12  causes against the County of Sacramento Defendants to which the County of Sacramento
13  Defendants move to dismiss under Federal Rules of Procedure 12(b)(1) and 12(b)(6). The Elk
14  Grove Defendants are only named in Plaintiff's first, second, seventh, eleventh, and twelfth.

## II.   ELK GROVE DEFENDANT'S JOINDER

16  A defendant's joinder in a co-defendant's motion saves judicial resources and prevents
17  redundant arguments and needless duplicative filings. The joinder is treated as though the joining
18  party had filed its own motion as to the arguments "joined." *See e.g. Aetna Life Ins. Co. v. Alla*
19  *Medical Services, Inc.*, 855 F.2d 1470, 1472, 1474-1475 (9th Cir. 1988).

20  The Elk Grove Defendants clarify, for the purposes, of this joinder, that Plaintiff has not
21  alleged the same causes of action against the Elk Grove Defendants as he has alleged against the
22  County of Sacramento Defendants. Therefore, the following arguments made by the County of
23  Sacramento Defendants in their moving papers apply to the Elk Grove Defendants with equal
24  force and effect and are hereby adopted by the Elk Grove Defendants in support of this joinder:

25  **III.A** – The Court should decline jurisdiction under *Penn Gen. Casualty Co. v.*
26  *Pennsylvania,* 294 U.S. 189, 195 (1935).

27  **III.B** – The Court should abstain from these proceedings under *Younger v. Harris*, 401 U.S.
28  37, 43-45 (1971).

1   **III.C** – Plaintiff's claims are not ripe for judicial determination.

2   **III.D** – Plaintiff lacks Article III standing.

3   **III.E** – Plaintiff's claims against local municipalities are tantamount to action against the
4   State of California, to which *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 690 (1978) does not apply.

5   **III.H** – Plaintiff's eleventh and twelfth causes of action should be dismissed as moot.

6   **III.I** – Plaintiff does not have standing to assert injunctive relief.

7   The Following arguments *do not apply* and/or the Elk Grove Defendants do not join in
8   them for purposes of this joinder:

9   **III.F** – Plaintiff's tenth claim for damages is barred by Eleventh Amendment Immunity.

10  **III.G** – Declaratory relief against the District Attorney is not appropriate under *Ex parte*
11  *Young*, 209 U.S. 123 (1908).

### III.   CONCLUSION

The Elk Grove Defendants join in the above referenced arguments and respectfully request that the Court dismiss Plaintiff's first, second, seventh, eleventh, and twelfth causes of action for the reasons outlined in County of Sacramento Defendants' motion dismiss pursuant to Federal Rules of Procedure 12(b)(1), 12(b)(6), and 12(f).

DATED:  November 14, 2023

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation


By:  /s/ Alec D. Tyra
David W. Tyra
Terilynn Diepenbrock
Alec D. Tyra
Attorneys for Defendants City of Elk Grove,
Bobby Davis, and Jonathan P. Hobbs

2445195.1 10784.256

3

DEFS B. DAVIS, J. HOBBS AND CITY OF ELK GROVE'S NOTICE OF JOINDER AND JOINDER IN DEFS
COUNTY OF SACRAMENTO AND ANNE MARIE SCHUBERT'S MOTION TO DISMISS PLAINTIFF'S FAC