1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROB BONTA, State Bar No. 202668
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
Deputy Attorney General
  455 Golden Gate Avenue
  Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 510-3617
  Fax:  (415) 703-5843
  E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants Gavin Newsom, in his
official capacity as Governor of California, and Rob
Bonta, in his official capacity as Attorney General of
California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNOLD ABRERA,**<br><br>                                        Plaintiff,<br><br>          **v.**<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,**<br><br>                                        Defendants. | Case No.: 2:22-cv-01162-JAM-DB<br><br>**STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:            January 9, 2024<br>Time:            1:30 p.m.<br>Courtroom:   6<br>Judge:          The Honorable John A. Mendez<br>Trial Date:    None Set<br>Action Filed:  July 5, 2022 |

PLEASE TAKE NOTICE THAT, on January 9, 2024, at 1:30 p.m., or as soon thereafter as

the matter may be heard before the Honorable John A. Mendez  in Courtroom 6 of the United

States District Court for the Eastern District of California, located at 501 I Street, Sacramento,

California, 95814, Defendants Gavin Newsom, in his official capacity as Governor of California,

and Rob Bonta, in his official capacity as Attorney General of California (collectively the State

Defendants), will and hereby do move this Court for an order dismissing the First Amended

1

Defs. Newsom's and Bonta's Not. of Mot. and Mot.to Dismiss First Am. Compl. (2:22-cv-01162-JAM-DB)

Complaint, and all claims for relief or causes of action asserted in that First Amended Complaint against the State Defendants, under Federal Rules of Civil Procedure 8, 12(b)(1), and 12(b)(6).

Under the Court's Order re Filing Requirements (ECF No. 11-2), the parties met and conferred on or about September 19, 2022 regarding the contents of and allegations in the First Amended Complaint (and its prior iteration) and any potential resolution, but could not reach a resolution.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the papers and pleadings on file in this action, and such other matters as may be presented to the Court at the time of the hearing.

Dated:  November 14, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

  /s/ *Jay C. Russell*

JAY C. RUSSELL
Deputy Attorney General
*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of California, and Rob Bonta, in his official capacity as Attorney General of California*

SA2022303127
43953377.docx

2

# CERTIFICATE OF SERVICE

Case Name:   **_Abrera, Arnold v. Gavin_**   Case No.   **2:22-cv-01162-JAM-DB**
**_Newsom, et al._**

I hereby certify that on <u>November 14, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 14, 2023</u>, at San Francisco, California.

| | |
|---|---|
| M. Mendiola | _M. Mendiola_ |
| Declarant | Signature |

SA2022303127
43959581.docx