1  **Gary W. Gorski CBN: 166526**
   **Attorney at Law**
2  *VETERANS LAW CENTER*
   3017 Douglas Blvd., Suite 150
3  Roseville, CA  95661
   Cell: (775) 720-1000
4  Fax: (916) 520-3930
5  CivilRightsAttorney@BlackWolfLaw.com
   www.VeteransLawCenter.com
6
7  **Daniel M. Karalash CBN: 176421**
   **Attorney at Law**
8  *STRATEGIC LAW COMMAND*
   3017 Douglas Blvd. Suite 150
9  Roseville, CA  95661
   (916) 787-1234
10 Fax: (916) 520-3930

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14
15  ARNOLD ABRERA,                          No.  2:22-cv-01162 JAM DB

16            plaintiff,                    **PLAINTIFF'S REQUEST FOR
         v.                                 JUDICIAL NOTICE IN SUPPORT
17                                          OF TO MOTION FOR
                                            PRELIMINARY INJUNCTION**
18  GAVIN NEWSOM, in his official
    capacity as Governor of the State of    **Constitutionality of State Statute
19  California; ROB BONTA, in his official  Challenge**
    capacity as Attorney General of the State
20  of California; ANNE MARIE               **Date:** January 9, 2024
    SCHUBERT, in her official capacity as   **Time:** 1:30 p.m.
21  County of Sacramento District Attorney; **Courtroom:** 6
22  COUNTY OF SACRAMENTO; BOBBY             **Judge:** The Honorable John A. Mendez
    DAVIS, in his official capacity as Chief of **Location:** Courtroom 27, 8th floor
23  the Elk Grove Police Department;        501 I Street
    JONATHAN P. HOBBS, in his official      Sacramento, CA
24  capacity as the City Attorney for the City **Trial Date: None Set**
25  of Elk Grove; CITY OF ELK GROVE;        **Action Filed:** July 5, 2022

26            defendants.
27
28
                                    1

**REQUEST FOR JUDICIAL NOTICE**

PLEASE TAKE NOTICE that on January 9, 2024, 1:30 p.m., before the Hon. Judge: The Honorable John A. Mendez, Courtroom 6, in the above-entitled court at 501 I Street, Sacramento, CA, Plaintiff Arnold Abrera, respectfully request that the Court take judicial notice of the public record and facts identified below, which are not subject to reasonable dispute, under Federal Rule of Evidence 201.

A fact is judicially noticeable when it is not subject to reasonable dispute and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice is mandatory if "a party requests it" and the court is "supplied with the necessary information." Fed. R. Evid. 201(c)(2). Judicial notice may be taken at any stage of the proceeding. Fed. R. Evid. 201(d); *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n.5 (9th Cir. 1995), *overruled on other grounds*, 520 U.S. 548 (1997).

This Court may take judicial notice of matters of public record, including court filings and orders from other cases. *Papai*, 67 F.3d at 207 n.5 (judicial notice may be taken of "decisions made by other courts or administrative agencies") (citations omitted); *DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 762 n.5 (9th Cir. 2018) (taking judicial notice of "government documents, court filings, press releases, and undisputed matters of public record"). "[T]he court can take judicial notice of 'public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies.'" *Romero v. Securus Technologies, Inc.*, 216 F. Supp. 3d 1078, 1084, n.1 (S.D. Cal. 2016) (internal citation omitted).

Here, Plaintiff respectfully request that this Court take judicial notice of the following court record and facts, which are not subject to reasonable dispute:

1. A true and correct copy of relevant portions of DECLARATION OF ARNOLD ABRERA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION with

First Amended Complaint attached as **Exhibit "1"** in this case located at Docket entry 20 and filed on 10/20/22.

2. Felony Complaint filed by Anne Marie Schubert, in her official capacity as County of Sacramento District Attorney, on March 18, 2021, captioned *People vs. Arnold Abrera*, Sacramento Superior Court case number 21FE004857, with arrest warrant was requested on or after January 29, 2021.

3. Petition for Judicial Determination Re: Return of Firearms Welfare & Institutions Code section 8102 was filed by defendant Jonathan P. Hobbs as the City of Elk Grove Attorney, captioned *City of Elk Grove vs. Euginie Abrera*, Sacramento Superior Court case number 34-2021-20000745.

DATED: December 5, 2023

Respectfully submitted,
LAW OFFICES OF GARY W. GORSKI
*/s/ Gary W. Gorski*
GARY W. GORSKI
Attorney for Plaintiff Arnold Abrera