# RJN

# Attachment "2"

ANNE MARIE SCHUBERT  EGP-20-7851
DISTRICT ATTORNEY
901 G STREET  TEAM: (SCR)
SACRAMENTO, CA 95814
(916) 874-6218  XRef: 4605545

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SACRAMENTO

THE PEOPLE OF THE STATE OF CALIFORNIA,    FELONY COMPLAINT

vs.

ARNOLD ABRERA,

                      Defendant.

The People of the State of California upon oath of the undersigned, upon information and belief complain against the defendant above named for the crime(s) as follows:

### COUNT ONE

On or about December 27, 2020, at and in the County of Sacramento, State of California, the defendant, ARNOLD ABRERA, did commit a felony, namely: a <u>violation of Section 30605(a) of the Penal Code</u> of the State of California, in that said defendant did willfully and unlawfully possess an assault weapon as defined in Penal Code Sections 30510 and 30515, to wit, two semi-automatic assault rifles.

That attached hereto and by this reference incorporated herein is a declaration setting forth facts in support of probable cause for the issuance of a warrant of arrest herein.

SA03404223

1

1118093

I declare upon information and belief and under penalty of perjury that the foregoing is true and correct.

Executed at Sacramento County, California, the 8th day of March, 2021.

*Donna K Gissing*

---

DONNA GISSING
SACRAMENTO COUNTY DISTRICT ATTORNEY
(916) 874-6218
Telephone Number

AZ

1118093

# **HOLDING ORDER**

\_\_\_\_\_ It appearing to me that the offense(s) in the within complaint has/have been committed, and that there is sufficient cause to believe that the defendant, ARNOLD ABRERA, is guilty thereof,

\_\_\_\_\_ The defendant, ARNOLD ABRERA, having waived preliminary hearing to the offense(s) set forth in this complaint,

Exceptions/Additions/Conditions: _____

_____

I order that the defendant be held to answer to same. In my capacity as Judge of the Superior Court, I deem the within complaint to be an Information and order it filed in the Superior Court.

Date: _____ Dept: _____ _____

Judge of the Superior Court Sitting as Magistrate

1118093

# DECLARATION IN SUPPORT OF ARREST WARRANT
(Made under 2015.5 CCP)

The undersigned hereby declares:

That your declarant is currently employed as a Deputy District Attorney for the County of Sacramento, State of California.

That pursuant to said employment, your declarant has been assigned to investigate allegations that the defendant, ARNOLD ABRERA, did commit the crime(s) as set forth in the attached complaint.

That pursuant to said assignment, your declarant has contacted person(s) having knowledge of said offense(s) and who has/have prepared written reports and/or statements, and/or has received and read written reports and/or statements prepared by others known by your declarant to be law enforcement officers, all of which reports and/or statements are included in a report consisting of 8 page(s), which is attached hereto as Exhibit I and incorporated by references as though fully set forth.

That each of these documents is presently an official record of a law enforcement agency.

WHEREFORE, your declarant prays that a warrant issue for the arrest of the hereinabove-named defendant and that said defendant be dealt with according to law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 8th day of March, 2021, Sacramento, California.

*Donna K Gissing*

DONNA GISSING
Declarant
901 G Street,
Sacramento, California 95814
Sacramento County District Attorney

4

1118093

# ARREST WARRANT REQUEST FORM

| Elk Grove Police Dept. | Detective J. Parker | P.C. 30605 | 20-007851 |
|---|---|---|---|
| AGENCY | AFFIANT | OFFENSE(S) | REPORT NUMBER |

**DATE OF OFFENSE:** 12/27/2020

**VICTIM(S) NAME:**

VICTIM #1: State of California (City of Elk Grove)
VICTIM #2: 
VICTIM #3: 

**SUSPECT(S) INFORMATION:**

SUSPECT #1: Arnold Abrera      XREF: 4605545
SUSPECT #2:                    XREF:
SUSPECT #3:                    XREF:
SUSPECT #4:                    XREF:

**ARREST WARRANT STATEMENT OF PROBABLE CAUSE:**
(Explain what happened, establish the factual basis for each of the elements of each offense, including dates, times, identity of key witnesses. Also include any material that may tend to exonerate the suspect).

On 01/06/2021, I, Detective J. Parker #228 (IV34) was assigned to review a welfare check that occurred on 12/27/2020. Additionally, I received an email from Kevin Corcoran, Property & Evidence Manager, advised two (2) firearms that were collected during this case were illegal. The email I received from K. Corcoran was as followed:

"The 2 semi-auto rifles on this case (PCN 252258, 252259) are unregistered bullet button rifles. Both are centerfire, semi-auto rifles, do not have fixed magazines (functioning bullet buttons will release magazines), have a pistol grip that protrudes conspicuously beneath the action, have telescopic stocks, and PCN 252259 also has a forward pistol grip. Photos are attached to the incident report. As such they are illegal to possess. See PC 30515 for reference."

END OF EMAIL

(See attached continuation pages)

**DETAILED SUSPECT DESCRIPTION:**
(An arrest warrant must contained a detailed and specific description for each subject to be arrested, including, DOB, OLN, SSN, full name and any alias, and physical descriptors including race/ethnicity, gender, height, weight, hair color, eye color, etc.)

DOB: ▮▮▮▮▮, OLN: D9612230, SSN: ▮▮▮▮▮, NAME: Arnold Abrera, RACE: Unknown, GENDER: Male, HEIGHT: 5'8, WEIGHT: , HAIR: Black, EYES: Brown

**DETAILED SUSPECT LOCATION:**
(Must provide a suspect's current and complete address. This address is necessary for the due diligence requirements to provide notice of the warrant in some cases and/or timely serve the warrant. If the subject's address has been researched and is unknown, please state this).

9921 YELLOWFIN WAY, ELK GROVE, CA 95757

Submitted to DA 1G94

Page 1 of 3

0000001

# ARREST WARRANT REQUEST FORM

| Elk Grove Police Dept. | Detective J. Parker | P.C. 30515 | 20-007851 |
|---|---|---|---|
| AGENCY | AFFIANT | OFFENSE(S) | REPORT NUMBER |

**ARREST WARRANT STATEMENT OF PROBABLE CAUSE (CONT):**
(Explain what happened, establish the factual basis for each of the elements of each offense, including dates, times, identity of key witnesses. Also include any material that may tend to exonerate the suspect).

I later reviewed the initial report, which revealed EGPD Dispatch received a 911 hang-up from a residence on 12/27/2020, at approximately 0900 hours. Officers responded to the residence and made contact with family members of Euginie ABRERA who stated she was being stopped by her husband ARNOLD Abrera from grabbing a gun and attempting suicide. Officers were able to eventually safely detain ABRERA who admitted to wanting to harm herself. ABRERA was transported to a local hospital where she was placed on a 5150 W&I hold. During the welfare check Officers on scene located a total of six firearms inside the house. They were as followed:

(PCN # 252254) Black Glock 17 9mm Serial # BBDW312.

(PCN # 252255) Black SIG SAUER SP2022 40 S&W Serial # 24B245366.

(PCN # 252256) Black SIG SAUER SP2022 9MM Serial # 24B245997.

(PCN # 252257) Black RUGER LC380CA 380 Auto Serial # 326-53888.

(PCN # 252258) Black DEL-TON DTI-15 5.56 MM Serial # B6215.

(PCN # 252259) Black ROGGIO ARSENAL RA-15 MULTI-CALIBER Serial # RA09011623.

The firearms were collected by officers on scene of the welfare check and later booked at the Elk Grove Police Department for safekeeping.

On 01/29/2021, I contacted Detective M. Chilner and asked him to look at the firearms on this case to determine whether they were legal for ARNOLD to possess. Detective M. Chilner is a POST certified Firearms Instructor since 2010 and a POST certified Tactical Rifle Instructor since March, 2020, and a POST certified Armorer at the Elk Grove Police Department. Therefore, Detective M. Chilner has more knowledge and expertise about different firearms and the functionality of the them. On 02/02/2021, Detective M. Chilner advised he reviewed the firearms in question (PCN 252258, 252259) and determined the same outcome as Property and Evidence Manager Kevin Corcoran, which was (PCN # 252258) Black DEL-TON DTI-15 5.56 MM Serial # B6215 and (PCN # 252259) Black ROGGIO ARSENAL RA-15 MULTI-CALIBER Serial # RA09011623 were illegal for ARNOLD to posses under Penal Code 30515.

****STATEMENT MADE BY ARNOLD ABRERA TAKEN BY DETECTIVE J. PARKER****

I bought all of those guns between three and ten years ago. Most of them I have never even shot once. I bought some at River City Gun Exchange (2370 Fruitridge Rd, Sacramento, CA 95822) and the others at Wild Bill's Old West Trading (10490 E Stockton Blvd, Elk Grove, CA 95624). I know that some of them are illegal now, but I never take them out of the safe so I decided not to anything to them. I never committed a crime. I am scared. I hope I don't get arrested.

****END OF STATEMENT***

Page 2 of 3

0000002

# ARREST WARRANT REQUEST FORM

| Elk Grove Police Dept. | Detective J. Parker | P.C. 30515 | 20-007851 |
|---|---|---|---|
| AGENCY | AFFIANT | OFFENSE(S) | REPORT NUMBER |

**ARREST WARRANT STATEMENT OF PROBABLE CAUSE (CONT):**
(Explain what happened, establish the factual basis for each of the elements of each offense, including dates, times, identity of key witnesses. Also include any material that may tend to exonerate the suspect).

Based on the facts stated above, I determined ARNOLD was violation of Penal Code 30515.

Based on the investigation and the totality of the circumstances, I request the Sacramento County District Attorney's Office review this case for criminal prosecution and issuance of an arrest warrant.