# RJN

# Attachment "3"

JONATHAN P. HOBBS (SBN: 186045)
City Attorney
jhobbs@elkgrovecity.org
SUZANNE E. KENNEDY (SBN: 251339)
Assistant City Attorney
skennedy@elkgrovecity.org
CITY OF ELK GROVE
City Attorney's Office
8401 Laguna Palms Way
Elk Grove, California 95758
Phone: (916) 683-7111
Fax: (916) 627-4100

Attorneys for Petitioner
CITY OF ELK GROVE

FILED
Superior Court Of California,
Sacramento
01/25/2024
mpipe
By_____, Deputy
Case Number:
34-2021-20000745

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| CITY OF ELK GROVE, a California municipal corporation,<br><br>    Petitioner,<br><br>vs.<br><br>EUGINIE ABRERA, an individual, and DOES 1-20, inclusive,<br><br>    Respondents. | CASE NO.:<br><br>**PETITION FOR JUDICIAL DETERMINATION RE: RETURN OF FIREARMS**<br>Welfare & Institutions Code section 8102<br><br>Dept.: 36<br>Judge: Honorable Stephen Acquisto |

    1.    Petitioner CITY OF ELK GROVE (hereafter "Petitioner") brings this petition pursuant to Welfare & Institutions Code section 8102, and respectfully requests that the Court authorize Petitioner to destroy the firearms described herein in accordance with the law.

    2.    Petitioner, a municipal corporation duly organized and existing under the laws of the State of California, is the entity authorized by law to initiate these proceedings. At all times herein mentioned, Petitioner operated by and through the Elk Grove Police Department.

File by Fax

3. Petitioner is informed and believes that Respondent Euginie Abrera ("Respondent") is the owner and/or person in possession of the firearms and/or other deadly weapons that are subject to this Petition.

4. The true names and capacities of Respondents DOES 1 through 20, inclusive, are unknown to the City, who therefore names said individuals by such fictitious names. The City is informed and believes and thereon alleges that each of the individuals designated herein as "DOE" are in some manner the owner and/or person in possession of the firearms or other deadly weapons described herein. The City will amend this Petition to allege the true names and capacities of these fictitiously named individuals when they have been ascertained.

5. The facts alleged herein, which give rise to the confiscation of the subject firearms, occurred within the City of Elk Grove, County of Sacramento, State of California.

6. On December 27, 2020, at approximately 9:17 a.m., the Elk Grove Police Department ("EGPD") dispatched Officers to a residence in Elk Grove regarding a 911 hang up call from the residence. EGPD Dispatch called the number back and was advised by a male it was an accident, however, a female could be heard in the background crying.

7. EGPD Officers arrived at the residence and knocked on the front door several times with no answer. Officer Coleman rang the doorbell and heard sounds of someone talking inside. A female juvenile answered the door, and Officer Coleman asked if her parents were home and if anyone called 911. The juvenile advised Officer Coleman her father called 911 and was upstairs trying to prevent their mother from getting a firearm. At this time, Officer Coleman requested more units to respond to the residence.

8. There were three children inside the residence and Officer Coleman immediately had them exit the front door and took them to safety. The juvenile children told Officers their father and mother were both upstairs and there were several guns inside.

9. Officer Coleman gave several verbal commands for all occupants to come out with their hands up. Finally, a male, later identified as Respondent's husband, came down the stairs. Officer Coleman ordered Respondent's husband to show his hands and to walk towards him. Respondent's husband complied and was placed in handcuffs.

- 2 -

10. Officer Gomez arrived on scene and obtained a statement from Respondent's husband, summarized as follows:

   a. Respondent and I have quarrels because she wants to see my cell phone. I pressed SOS on accident when we were arguing over the phone.

   b. Respondent is in the master bedroom right now. I keep my guns in the master bedroom, and Respondent has access to the safe and guns.

   c. Respondent is very upset now and was trying to grab one of the firearm cases after we were arguing over my cell phone, so I locked the safe.

   d. Respondent wants to grab the guns to kill herself. I did not hear her say that, but that's what I think. I am not concerned she will harm me, but I am concerned she will harm herself.

11. Officer Coleman called for Respondent to come downstairs with her hands up. For approximately 15 minutes, there was no response. Finally, Respondent walked down the stairs with a cell phone in her hands. Officer Coleman gave Respondent commands to walk back towards him once she got to the bottom of the stairs and she complied. Respondent was placed in handcuffs and searched for weapons with negative results. Respondent was detained in the back of a patrol vehicle.

12. Officer Coleman obtained a statement from Respondent, summarized as follows:

   a. My husband and I were arguing. I found out he has been having an affair with another woman.

   b. I tried to go to the safe to grab a gun. I did this because I wanted to kill myself. I did not want to hurt anyone else besides myself.

   c. I have tried to kill myself one other time by taking pills, maybe two years ago.

13. The Officers conducted a protective sweep of the residence with negative results. The Officers allowed Respondent's husband to go inside the residence so they could collect the firearms. Respondent's husband opened up both safes and Officer Coleman collected five firearms, three handguns and two AR type rifles. Respondent's husband was not being

- 3 -

1  forthcoming with information because there was still one outstanding firearm that was not in the safe. Respondent's husband told Officer Coleman he had a handgun underneath some clothes in a closet near his bed.

14. In total, Officer Coleman collected four handguns and two rifles. Pursuant to Welfare & Institutions Code section 8102, the following firearms were confiscated from the residence:

1. One (1) Glock, Inc., model 17, 9 cal., serial no. BBDW312;
2. One (1) Sauer, J.P., & Sons, model SP2022; .40 cal., serial no. 24B245366;
3. One (1) Sauer, J.P., & Sons, model SP2022, 9 cal., serial no. 24B245997;
4. One (1) Sturm, Ruger & Co., model LC380CA, 380 cal., serial no. 32653888;
5. One (1) Del-Ton Inc., model DTI 15, 556 cal., serial no. B6215;
6. One (1) Roggio Arsenal, model RA 15, multiple caliber, serial no. RA09011623;

(collectively "Firearms").

15. Petitioner has determined that the firearms listed above as number 5, described as one (1) Del-Ton Inc., model DTI 15, 556 cal., serial no. B6215 and number 6, described as one (1) Roggio Arsenal, model RA 15, multiple caliber, serial no. RA09011623, *are illegal, unregistered assault rifles*. Therefore, Petitioner is prohibited from returning the illegal assault rifles to Respondent even if the City's petition is denied.

16. Officer Coleman completed a Firearms Property Receipt for the Firearms ("Firearms Receipt"). The EGPD mailed a copy of the Firearms Receipt to Respondent at Respondent's last known address, as listed on the police report related to this case, via certified mail. The Firearms Receipt describes the Firearms and lists the serial numbers and other descriptive information. The Firearms Receipt indicates where the Firearms may be recovered, the time limit for recovery, and the date after which the owner or possessor can recover the Firearms. A true and correct copy of the Firearms Receipt for the Firearms, with confidential information redacted, is attached hereto as Exhibit A.

17. EGPD undertook a query of the Firearms in the Automated Firearms System (AFS) of the California Law Enforcement Telecommunication System (CLETS) to determine if there is a recorded history for the Firearms, including a "Dealer's Record of Sale" (DROS) indicating the owner of record. The DROS results are as follows

| FIREARM DESCRIPTION | DROS RESULT |
|---|---|
| One (1) Glock, Inc., model 17, 9 cal., serial no. BBDW312; | DROS to Respondent's Husband |
| One (1) Sauer, J.P., & Sons, model SP2022; .40 cal., serial no. 24B245366; | DROS to Respondent |
| One (1) Sauer, J.P., & Sons, model SP2022, 9 cal., serial no. 24B245997; | DROS to Respondent's Husband |
| One (1) Sturm, Ruger & Co., model LC380CA, 380 cal., serial no. 32653888; | DROS to Respondent |
| One (1) Del-Ton Inc., model DTI 15, 556 cal., serial no. B6215; | No DROS |
| One (1) Roggio Arsenal, model RA 15, multiple caliber, serial no. RA09011623; | No DROS |

True and correct copies of the AFS inquiries for the Firearms, with confidential information redacted, are attached hereto as Exhibit B.

18. Based on the facts, statement of Respondent's husband and Respondent, Respondent was detained pursuant a Welfare & Institutions Code section 5150 and transported to Kaiser Hospital for evaluation and treatment.

19. Welfare & Institutions Code section 8102 provides the legal basis for this petition and states, in relevant part:

> Whenever a person, who has been detained or apprehended for examination of his or her mental condition or who is a person described in Section 8100 or 8103, is found to own, have in his or her possession or under his or her control, any firearm whatsoever, or any other deadly weapon, the firearm or other deadly weapon shall be confiscated by any law enforcement agency or peace officer, who shall retain custody of the firearm or other deadly weapon.

Upon the release of a person as described in subdivision (b), the confiscating law enforcement agency shall have 30 days to initiate a petition in the superior court for a hearing to determine whether the return of a firearm or other deadly weapon would be likely to result in endangering the person or others.

20. The purpose of this Petition, and the intent of Welfare & Institutions Code section 8102, is to protect Respondent and others when Respondent's mental state is such that he is a danger to himself or others.

21. Based on the matters stated herein, the EGPD has reasonable cause to believe that the return of the Firearms would likely result in endangering Respondent and/or others.

22. Petitioner will serve Respondent a copy of this Petition and a Notice of Filing of Petition notifying Respondent of his right to request a hearing on this matter.

**WHEREFORE,** Petitioner prays:

1. That the Court make a determination that the return of the Firearms is likely to result in harm to Respondent and/or others;

2. That the Court issue an order granting the City of Elk Grove, by and through the Elk Grove Police Department, authority to dispose of the Firearms in accordance with the law;

3. For further and other relief as the Court deems just and proper.

Dated: January 22, 2021            CITY OF ELK GROVE

By: *Suzanne Kennedy*
SUZANNE E. KENNEDY
Assistant City Attorney for the City of Elk Grove

EXHIBIT A

# ELK GROVE POLICE DEPARTMENT
## PROPERTY RECEIPT/REPORT — FIREARMS

Report Number: 20-007151

SEIZED BY SEARCH WARRANT NO: ___
ASSET FORFEITURE: ☐
# OF SUSPECTS: ☐
MARK ONE BOX ONLY → EVIDENCE ☐  FOR DESTRUCTION ☐  SAFE KEEPING ☒  FOUND ☐

**FILL IN ALL INFORMATION FOR SAFEKEEPING REPORTS**

REPORTING DATE: 12-27-20   DAY: SUNDAY   TIME: 1100 HRS   CONNECTED REPORT NUMBER AND TYPE: ___   AUTHORITY AND SECTION: WIC 8102

V — NAME (LAST, FIRST, MIDDLE): ABRERA, EUGENE / ARNOLD
SEX: F

S — NAME (LAST, FIRST, MIDDLE): [redacted]

**FIREARMS CAN NOT BE RELEASED IN THE FIELD PER PENAL CODE SECTION 33850**

| Item | Type | Serial # | Make | Model | Caliber | Color |
|---|---|---|---|---|---|---|
| 1 | Semi-Automatic, Unloaded | BBNK812 | Glock | 19 | 9mm | BLK |
| 2 | Semi-Automatic, Unloaded | 24B245366 | Sig Sauer | SP2022 | 40 S&W | BLK |
| 3 | Semi-Automatic, Unloaded | 24B245757 | Sig Sauer | SP2022 | 9mm | BLK |
| 4 | Semi-Automatic, Unloaded | 326-53181 | Ruger | LC380CA | 380 Auto | BLK |

Firearms or other deadly weapons (as defined by PC 16520 and PC 16590) were confiscated on ___

☒ Pursuant to Mental Health Incident — Welfare and Institutions Code 8102 (SEE NOTICE OF RIGHTS ON REVERSE)
☐ Pursuant to Domestic Violence Incident — Penal Code 18250 (SEE NOTICE OF RIGHTS ON REVERSE)
☐ Pursuant to a Gun Violation Restraining Order — Penal Code 18100 (SEE NOTICE OF RIGHTS ON REVERSE)

I ACKNOWLEDGE RECEIPT OF A COPY OF THE NOTICE ON THE BACK OF THIS FORM.
SIGNATURE OF PERSON NOTIFIED: ___
PRINT NAME / DOB: ___
DATE: ___

I WAIVE ANY CLAIM TO THE FIREARMS LISTED ABOVE.
SIGNATURE OF PERSON NOTIFIED: ___
PRINT NAME / DOB: ___
DATE: ___

NAME OF OFFICER TAKING PROPERTY (PRINT): Coleman
BADGE NO: ___   DIV: ___   NAME OF SUPERVISOR (PRINT): ___   PAGE: ___ OF ___

REV 2/20

BLUE - PROPERTY WAREHOUSE    WHITE - RECORDS    GOLD - RECEIPT

**PROPERTY IS RELEASED BY APPOINTMENT ONLY**
CALL THE PROPERTY/EVIDENCE TECHNICIAN AT 916-478-8180 FOR AN APPOINTMENT

## RECEIPT AND NOTICE OF RIGHTS
## FOR CONFISCATED FIREARMS/OTHER DEADLY WEAPONS

**Mental Health Incidents - Notice of Rights Welfare & Institutions Code 8102, et seq.**

Upon release of a person who has been detained or apprehended for examination of his or her mental condition, the law enforcement agency that has confiscated any firearm or other deadly weapon from that person shall have 30 days to initiate a petition in the superior court for a hearing to determine whether the return of a firearm or other deadly weapon would be likely to result in endangering the person or others, and to send a notice advising the person of his or her right to a hearing on this issue. The law enforcement agency may take an ex parte application stating good cause for an order extending the time to file a petition. Including any extension of time granted in response to an ex parte request, a petition shall be filed within 60 days of the release of the person from a health facility. A request for a hearing on the petition must be made to the court clerk within 30 days. Failure to respond will result in a default order forfeiting the confiscated firearm or weapon. The court clerk shall set a hearing, no later than 30 days from receipt of the request and notify the person and the district attorney of the date, time, and place of the hearing. If, after a hearing, the court determines that the return of the firearm or other deadly weapon would likely endanger the person or others, the law enforcement agency may destroy the firearm within 180 days from the date that the court makes that determination, unless the person contacts the law enforcement agency to facilitate the sale or transfer of the firearm to a licensed dealer pursuant to Section 33870 of the Penal Code.

If the law enforcement agency does not initiate proceedings, the weapon shall be available for return upon compliance with all applicable requirements, including the requirements specified in Chapter 2 (commencing with Section 33850) of Division 11 of Title 4 of Part 6 of the Penal Code.

**Domestic Violence Incidents - Notice of Rights Penal Code Section 18250**

Unless the items confiscated from you are to be used as evidence in any criminal procedure, the firearms(s) shall be made available to you from the law enforcement agency five (5) business days after the seizure or as soon thereafter as possible. If, within this time, the law enforcement agency believes the return of these items will likely result in endangering the victim or person reporting the assault or threat, you will be advised, and within 60-90 days of the seizure a petition will be initiated in Superior Court to determine if these items should be returned

**Gun Violence Restraining Order - Notice of Rights**

Any firearms and/or ammunition surrendered pursuant to a Gun Violence Retraining Order shall be subject to the provisions of Penal Code section 18100, et seq.

Subject to notice above, a person who claims title to any firearm that is in the custody or control of a court or law enforcement agency and who wishes to have the firearm returned shall make application for a determination by the Department of Justice as to whether he or she is eligible to possess a firearm (PC 33850). Prior to the return of any firearm to its owner, the individual seeking the return of the firearm must submit a Law Enforcement Gun Release Application to the Department of Justice. The application is available at www.oag.ca.gov/firearms. It may take up to 30 days to process the application. If the firearm is evidence in a criminal case, the detective shall have final authorization of the disposition of the firearm. If firearms are not claimed within 180 days of notification that the firearm is available for return, the law enforcement agency may dispose of the firearm (PC 33875)

Subject to the provisions of this receipt, firearms may be recovered by contacting the Elk Grove Police Department at 8400 Laguna Palms Way, Elk Grove, CA 95758 - tel. (916) 478-8180.

# ELK GROVE POLICE DEPARTMENT
## PROPERTY RECEIPT/REPORT — FIREARMS

REPORT NUMBER: 20-007757 (approx.)

SEIZED BY SEARCH WARRANT NO: ____
ASSET FORFEITURE: ☐
# OF SUSPECTS: ☐
MARK ONE BOX ONLY →
EVIDENCE: ☐
FOR DESTRUCTION: ☐
SAFE KEEPING: ☒
FOUND: ☐

**FILL IN ALL INFORMATION FOR SAFEKEEPING REPORTS**

REPORTING DATE: 12-27-20  DAY: SUNDAY  TIME: 1700 HRS  CONNECTED REPORT(S) NUMBER AND TYPE: ____  AUTHORITY AND SECTION: WI 3102

V — NAME (LAST FIRST MIDDLE): ABRERA, EUGENE ARNOLD
DOB: ____  AGE: ____  SEX: F  RACE: U

S — NAME (LAST FIRST MIDDLE): ____
DOB: ____  AGE: ____  SEX: ____  RACE: ____  OTHER I.D.: ____

**FIREARMS CAN NOT BE RELEASED IN THE FIELD PER PENAL CODE SECTION 33850**

| ITEM NO'S | Type | Serial # | Make | Model | Caliber | Barrel Length | Color | Remarks |
|---|---|---|---|---|---|---|---|---|
| | ☒ RIFLE / ☒ SEMI-AUTOMATIC / ☒ UNLOADED | B-6215 | DIAMONDBACK | DB-15 | 5.56mm | | BLK | |
| | ☒ RIFLE / ☒ SEMI-AUTOMATIC / ☒ UNLOADED | (illegible) | FOGGIO ARSENAL | (illegible) | AIR RIFLE | | BLK | |
| | | | | | | | | |
| | | | | | | | | |

Firearms or other deadly weapons (as defined by PC 16520 and PC 16590) were confiscated on ____
☒ Pursuant to Mental Health Incident - Welfare and Institutions Code 8102 (SEE NOTICE OF RIGHTS ON REVERSE)
☐ Pursuant to Domestic Violence Incident - Penal Code 18250 (SEE NOTICE OF RIGHTS ON REVERSE)
☐ Pursuant to a Gun Violation Restraining Order - Penal Code 18100 (SEE NOTICE OF RIGHTS ON REVERSE)

I ACKNOWLEDGE RECEIPT OF A COPY OF THE NOTICE ON THE BACK OF THIS FORM.
SIGNATURE OF PERSON NOTIFIED: ____
PRINT NAME / DOB: ____
DATE: ____

I WAIVE ANY CLAIM TO THE FIREARMS LISTED ABOVE.
SIGNATURE OF PERSON NOTIFIED: ____
PRINT NAME / DOB: ____
DATE: ____

NAME OF OFFICER TAKING PROPERTY (PRINT): Coleman
BADGE NO: ____
DIV: ____
NAME OF SUPERVISOR (PRINT): ____
PAGE: ____ OF ____

REV 2/20   BLUE - PROPERTY WAREHOUSE   WHITE - RECORDS   GOLD - RECEIPT

**PROPERTY IS RELEASED BY APPOINTMENT ONLY**
CALL THE PROPERTY/EVIDENCE TECHNICIAN AT 916-478-8180 FOR AN APPOINTMENT

## RECEIPT AND NOTICE OF RIGHTS
## FOR CONFISCATED FIREARMS/OTHER DEADLY WEAPONS

### Mental Health Incidents - Notice of Rights Welfare & Institutions Code 8102, et seq.

Upon release of a person who has been detained or apprehended for examination of his or her mental condition, the law enforcement agency that has confiscated any firearm or other deadly weapon from that person shall have 30 days to initiate a petition in the superior court for a hearing to determine whether the return of a firearm or other deadly weapon would be likely to result in endangering the person or others, and to send a notice advising the person of his or her right to a hearing on this issue. The law enforcement agency may take an ex parte application stating good cause for an order extending the time to file a petition. Including any extension of time granted in response to an ex parte request, a petition shall be filed within 60 days of the release of the person from a health facility. A request for a hearing on the petition must be made to the court clerk within 30 days. Failure to respond will result in a default order forfeiting the confiscated firearm or weapon. The court clerk shall set a hearing, no later than 30 days from receipt of the request and notify the person and the district attorney of the date, time, and place of the hearing. If, after a hearing, the court determines that the return of the firearm or other deadly weapon would likely endanger the person or others, the law enforcement agency may destroy the firearm within 180 days from the date that the court makes that determination, unless the person contacts the law enforcement agency to facilitate the sale or transfer of the firearm to a licensed dealer pursuant to Section 33870 of the Penal Code.

If the law enforcement agency does not initiate proceedings, the weapon shall be available for return upon compliance with all applicable requirements, including the requirements specified in Chapter 2 (commencing with Section 33850) of Division 11 of Title 4 of Part 6 of the Penal Code.

### Domestic Violence Incidents - Notice of Rights Penal Code Section 18250

Unless the items confiscated from you are to be used as evidence in any criminal procedure, the firearms(s) shall be made available to you from the law enforcement agency five (5) business days after the seizure or as soon thereafter as possible. If, within this time, the law enforcement agency believes the return of these items will likely result in endangering the victim or person reporting the assault or threat, you will be advised, and within 60-90 days of the seizure a petition will be initiated in Superior Court to determine if these items should be returned

### Gun Violence Restraining Order - Notice of Rights

Any firearms and/or ammunition surrendered pursuant to a Gun Violence Retraining Order shall be subject to the provisions of Penal Code section 18100, et seq.

Subject to notice above, a person who claims title to any firearm that is in the custody or control of a court or law enforcement agency and who wishes to have the firearm returned shall make application for a determination by the Department of Justice as to whether he or she is eligible to possess a firearm (PC 33850). Prior to the return of any firearm to its owner, the individual seeking the return of the firearm must submit a Law Enforcement Gun Release Application to the Department of Justice. The application is available at www.oag.ca.gov/firearms. It may take up to 30 days to process the application. If the firearm is evidence in a criminal case, the detective shall have final authorization of the disposition of the firearm. If firearms are not claimed within 180 days of notification that the firearm is available for return, the law enforcement agency may dispose of the firearm (PC 33875)

Subject to the provisions of this receipt, firearms may be recovered by contacting the Elk Grove Police Department at 8400 Laguna Palms Way, Elk Grove, CA 95758 - tel: (916) 478-8180.

# EXHIBIT B

```
4DPNHN57IOZ.IG

CA0340H00 RE: SER/BBDW312
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* SAFEKEEPING
SER/BBDW312 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL SEMI-AUTOMATIC MOD/17
DOT/20201227 BBL/4 1-2
ORI/CA0340H00 - ELK GROVE PD OCA/20007851
NOA/N
MIS/BLACK FINISH, PLASTIC GRIP,MADE IN AUSTRIA
FCN/0532036304830

* DROS - DEALER SALE
SER/BBDW312 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL SEMI-AUTOMATIC MOD/17
DOT/20160315 BBL/4-49 UOM/IN COL/BLACK MAT/STEEL, POLYMER

*** PURCHASER INFORMATION ***
NAM/ABRERA,ARNOLD JUATON DOB/[redacted] OLN/[redacted]
ADR/9921 YELLOWFIN WAY
CTY/ELK GROVE ST/CA ZIP/95757 CCC/3400
*** DEALER INFORMATION ***
DLR/RIVER CITY GUN EXCHANGE, INC DID/20279
DDD/2370 FRUITRIDGE RD
DCY/SACRAMENTO DST/CA DZC/95822 DCC/3400 DTN/916-428-0377
ORI/CA0340400 - SACRAMENTO PD OCA/TA270537
FCN/4301608502336


CHECKING NCIC
END AFS RESPONSE.


 4DPNHN57IOZ.IJ
CA0340H00
NO RECORD SER/BBDW312
```

```
4DPNHN57IQZ.IG

CA0340H00 RE: SER/24B245366
RESPONSE TO QGB INQUIRY

DATA IN AFS:

* SAFEKEEPING
SER/24B245366 MAK/SSS SAUER, J. P., & SONS CAL/40
TYP/PI PISTOL SEMI-AUTOMATIC MOD/SP2022
DOT/20201227 BBL/4
ORI/CA0340H00 - ELK GROVE PD OCA/20007851
NOA/N
MIS/BLACK FINISH, PLASTIC GRIP
FCN/0532036304831

* DROS - DEALER SALE
SER/24B245366 MAK/SSS SAUER, J. P., & SONS CAL/40
TYP/PI PISTOL SEMI-AUTOMATIC MOD/SP2022 BLUED
DOT/20160107 BBL/3-8 UOM/IN COL/BLACK MAT/STNLS, POLYMER
*** PURCHASER INFORMATION ***
NAM/ABRERA,EUGINIE GRACE LIANG DOB/█████ OLN/█████
ADR/9921 YELLOWFIN WAY
CTY/ELK GROVE ST/CA ZIP/95757 CCC/3400
*** DEALER INFORMATION ***
DLR/RIVER CITY GUN EXCHANGE, INC DID/20279
DDD/2370 FRUITRIDGE RD
DCY/SACRAMENTO DST/CA DZC/95822 DCC/3400 DTN/916-428-0377
ORI/CA0340400 - SACRAMENTO PD OCA/T9867423
FCN/4301602100820


CHECKING NCIC
END AFS RESPONSE.
```

```
4DPNHN57J1Z.IG

CA0340H00 RE: SER/24B245997
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* SAFEKEEPING
SER/24B245997 MAK/SSS SAUER, J. P., & SONS CAL/9
TYP/PI PISTOL SEMI-AUTOMATIC MOD/SP2022
DOT/20201227 BBL/3 3-4
ORI/CA0340H00 - ELK GROVE PD OCA/20007851
NOA/N
MIS/BLACK FINISH, PLASTIC GRIP
FCN/O532036304832

* DROS - DEALER SALE
SER/24B245997 MAK/SSS SAUER, J. P., & SONS CAL/9
TYP/PI PISTOL SEMI-AUTOMATIC MOD/SP2022 BLUED
DOT/20160106 BBL/3-8 UOM/IN COL/BLACK MAT/STNLS, POLYMER
*** PURCHASER INFORMATION ***
NAM/ABRERA,ARNOLD JUATON DOB/▮         OLN/▮
ADR/9921 YELLOWFIN WAY
CTY/ELK GROVE ST/CA ZIP/95757 CCC/3400
*** DEALER INFORMATION ***
DLR/RIVER CITY GUN EXCHANGE, INC DID/20279
DDD/2370 FRUITRIDGE RD
DCY/SACRAMENTO DST/CA DZC/95822 DCC/3400 DTN/916-428-0377
ORI/CA0340400 - SACRAMENTO PD OCA/T9865560
FCN/4301602100840


CHECKING NCIC
END AFS RESPONSE.
```

```
4DPNHN57J8Z.IG

CA0340H00 RE: SER/32653888
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* SAFEKEEPING
SER/32653888 MAK/SR STURM, RUGER & CO CAL/380
TYP/PI PISTOL SEMI-AUTOMATIC MOD/LC380CA
DOT/20201227 BBL/3
ORI/CA0340H00 - ELK GROVE PD OCA/20007851
NOA/N
MIS/BLACK FINISH, PLASTIC GRIP
FCN/O532036304834

* DROS - DEALER SALE
SER/32653888 MAK/SR STURM, RUGER & CO CAL/380
TYP/PI PISTOL SEMI-AUTOMATIC MOD/LC380CA BLK 03253
DOT/20160318 BBL/3-12 UOM/IN COL/BLACK MAT/ALLOY; PLYMR
*** PURCHASER INFORMATION ***
NAM/ABRERA,EUGINIE LIANG DOB/[REDACTED] OLN/[REDACTED]
ADR/9921 YELLOWFIN WAY
CTY/ELK GROVE ST/CA ZIP/95757 CCC/3400
*** DEALER INFORMATION ***
DLR/MTG FIREARMS INC DID/22031
DDD/9174 FRANKLIN BLVD STE B
DCY/ELK GROVE DST/CA DZC/95758 DCC/3400 DTN/916-525-5229
ORI/CA0340000 - SACRAMENTO CO SHERIFF'S OFFICE OCA/TA279099

FCN/4261608802142


CHECKING NCIC
END AFS RESPONSE.
_____

 4DPNHN57J8Z.IJ
CA0340H00
NO RECORD SER/32653888
```

```
4DPNHN57JKZ.IG

CA0340H00 RE: SER/B6215
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* SAFEKEEPING
SER/B6215 MAK/DLN DEL-TON INC CAL/556
TYP/RI RIFLE SEMI-AUTOMATIC MOD/DTI 15
DOT/20201227 BBL/17
ORI/CA0340H00 - ELK GROVE PD OCA/20007851
NOA/N
MIS/BREAK TOP RIFLE, BLACK FINISH, PLASTIC PISTOL GRIP, SYNTHETIC

TELESCOPIC STOCK, FUNCTIONING BULLET BUTTON
FCN/O532036304884

* DESTROYED
SER/B6215 MAK/SSS SAUER, J. P., & SONS CAL/300
TYP/RB RIFLE BOLT ACTION MOD/200
DOT/20000518
ORI/CA0150200 - BAKERSFIELD PD OCA/9545171
NOA/N
MIS/CALIBUR 3006
FCN/2110013900456


CHECKING NCIC
END AFS RESPONSE.

4DPNHN57JKZ.IJ
CA0340H00
NO RECORD SER/B6215
```

```
4DPNHN57JSZ.IG

CA0340H00 RE: SER/RA09011623
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* SAFEKEEPING - *MULTIPLE CALIBER GUN
SER/RA09011623 MAK/RGO ROGGIO ARSENAL CAL/8888
TYP/RI RIFLE SEMI-AUTOMATIC MOD/RA 15
DOT/20201227 BBL/17
ORI/CA0340H00 - ELK GROVE PD OCA/20007851
NOA/N
MIS/BREAK TOP RIFLE, BLACK FINISH, PLASTIC PISTOL GRIP, SYNTHETIC

TELESCOPIC STOCK, FUNCTIONING BULLET BUTTON, FORWARD PISTOL GRIP
FCN/O532036304931


CHECKING NCIC
END AFS RESPONSE.
```

---

```
4DPNHN57JSZ.IJ
CA0340H00
NO RECORD SER/RA09011623
```