**Gary W. Gorski CBN: 166526**
Attorney at Law
*VETERANS LAW CENTER*
3017 Douglas Blvd., Suite 150
Roseville, CA  95661
Cell: (775) 720-1000
Fax: (916) 520-3930
CivilRightsAttorney@BlackWolfLaw.com
www.VeteransLawCenter.com

**Daniel M. Karalash CBN: 176421**
Attorney at Law
*STRATEGIC LAW COMMAND*
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
(916) 787-1234
Fax: (916) 520-3930

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA,<br><br>    plaintiff,<br>    v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief of the Elk Grove Police Department; JONATHAN P. HOBBS, in his official capacity as the City Attorney for the City of Elk Grove; CITY OF ELK GROVE;<br><br>    defendants. | No.  2:22-cv-01162 JAM DB<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME AND LEAVE OF COURT TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; DECLARATION OF GARY W. GORSKI**<br><br>**Date:** January 9, 2024<br>**Time:** 1:00 p.m.<br>**Courtroom:** 6<br>**Judge:** The Honorable John A. Mendez<br>**Location:** Courtroom 27, 8th floor<br>501 I Street<br>Sacramento, CA<br>**Trial Date: None Set**<br>**Action Filed:** July 5, 2022 |

1

**TO DEFENDANTS** GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief of the Elk Grove Police Department; JONATHAN P. HOBBS, in his official capacity as the City Attorney for the City of Elk Grove; CITY OF ELK GROVE.

PLEASE TAKE NOTICE that Plaintiff requests leave of court to file his oppositions to defendants' Motions to Dismiss to **Tuesday, December 12, 2023**, which is 28 days prior to the hearing date of January 9, 2024.

This is the first time an extension has been requested, and the time has passed to file an opposition, and therefore, leave of court is requested.

Plaintiff submits this application, supported by the attached Declaration of Gary W. Gorski. Mr. Gorski was unaware of the 2022 rule modification, wherein opposition dates were traditionally calculated from the date of the hearing instead of the filing date of the motion. The longstanding prior rule, in effect for decades as far back as Mr. Gorski can recall, deviated from the recent 2022 change.

Mr. Gorski's error stems from his extensive experience with calendaring dates over the decades. It is crucial to note that this oversight was not the plaintiff's fault. The rule alteration came to Mr. Gorski's attention only after the County filed a reply today.

Mr. Gorski made an honest mistake, and argues good cause is shown in granting this application.

DATED: December 6, 2023

    Respectfully submitted,
    LAW OFFICES OF GARY W. GORSKI
    /s/ Gary W. Gorski
    GARY W. GORSKI
    Attorney for Plaintiff Arnold Abrera