**Gary W. Gorski CBN: 166526**
**Attorney at Law**
*VETERANS LAW CENTER*
3017 Douglas Blvd., Suite 150
Roseville, CA  95661
Cell: (775) 720-1000
Fax: (916) 520-3930
CivilRightsAttorney@BlackWolfLaw.com
www.VeteransLawCenter.com

**Daniel M. Karalash CBN: 176421**
**Attorney at Law**
*STRATEGIC LAW COMMAND*
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
(916) 787-1234
Fax: (916) 520-3930

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ABRERA,<br><br>        plaintiff,<br>    v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; ANNE MARIE SCHUBERT, in her official capacity as County of Sacramento District Attorney; COUNTY OF SACRAMENTO; BOBBY DAVIS, in his official capacity as Chief of the Elk Grove Police Department; JONATHAN P. HOBBS, in his official capacity as the City Attorney for the City of Elk Grove; CITY OF ELK GROVE;<br><br>        defendants. | No.  2:22-cv-01162 JAM DB<br><br>**ORDER RE: PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME AND LEAVE OF COURT TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**Date:** January 9, 2024<br>**Time:** 1:30 p.m.<br>**Courtroom:** 6<br>**Judge:** The Honorable John A. Mendez<br>**Location:** Courtroom 27, 8th floor<br>501 I Street<br>Sacramento, CA<br>**Trial Date:** None Set<br>**Action Filed:** July 5, 2022 |

**ORDER**

Plaintiff's request for leave of court to file his oppositions to Defendants' Motions to Dismiss (ECF Nos. 51 and 54), is **GRANTED.** Plaintiff's oppositions, if any, are now due on or before **Tuesday, December 12, 2023**, which is 28 days prior to the hearing date of January 9, 2024.

**IT IS SO ORDERED**

Dated: December 07, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE