# RJN

# Attachment "2"

**CERTIFIED TRANSCRIPT**

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

---o0o---

```
THE PEOPLE OF THE STATE OF   )
CALIFORNIA,                  )
                             )   No. 21FE004857
          Plaintiff,         )
                             )
     vs.                     )   Dept.  63
                             )
ARNOLD ABRERA,               )
                             )   REPORTER'S TRANSCRIPT OF
          Defendant.         )   MOTION TO DISMISS
_____)
```

---o0o---

WEDNESDAY, APRIL 13, 2022

---o0o---

 The above-entitled matter came on regularly at the date above set forth before the HON. JOSEPH SOLDANI, Visting Judge of the Superior Court of the State of California, County of Sacramento.

Reported by:

Olivia Rendon, CSR No. 14306

```
 1                    APPEARANCES OF COUNSEL

 2   For the Plaintiff:

 3   ANNE MARIE SCHUBERT, District Attorney
     for the County of Sacramento
 4   By:  KRISTIN HAYES
     Deputy District Attorney
 5

 6

 7

 8   For the Defendant:

 9   KARALASH & ASSOCIATES
     1207 Front Street, Sacramento, CA 95814
10   By:  DANIEL KARALASH
     Attorney at Law
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

1                    WEDNESDAY, APRIL 13, 2022

2                         MORNING SESSION

3                             ---oOo---

4              Proceedings in the matter of the People of the

5   State of California, Plaintiff, versus ARNOLD ABRERA,

6   Defendant, Case Number 21FE004857, came on regularly

7   before Honorable JOSEPH SOLDANI, Visiting Judge of the

8   Sacramento Superior Court, County of Sacramento, State

9   of California, sitting in Department 63.

10             The People were represented by KRISTIN HAYES,

11  Deputy District Attorney for the County of Sacramento,

12  State of California.

13             The Defendant, ARNOLD ABRERA, was represented

14  by DANIEL KARALASH, Attorney at Law.

15             The following proceedings were then had:

16             THE BAILIFF:  Page 1, Abrera, not present, out

17  of custody.

18             MS. HAYES:  Is that with C or H?

19             THE BAILIFF:  Abrera with an A.

20             THE COURT:  Counsel, will make their

21  appearances.

22             MR. KARALASH:  Dan Karalash on behalf of

23  Mr. Abrera appearing 977 and appearing remotely via

24  Zoom.

25             MS. HAYES:  Kristin Hayes for the People.

26             THE COURT:  In this matter, the Court has

27  motion to dismiss pursuant to 1385.  I do not see

28  response by People.

1            MS. HAYES:  Your Honor, the People would
2    request --
3            I didn't have the opportunity to respond or
4    prepare a written response.  However, if the Court would
5    allow just an oral argument or I'll submit to the Court.
6            MR. KARALASH:  Your Honor, if I may, I received
7    an e-mail a week ago regarding this matter.  But the
8    government was prepared to dismiss this action.  There
9    was no indication that there had be any written
10   response.  None had been filed.  This was properly filed
11   and served on March 23rd, the file date.
12           MS. HAYES:  Who --
13           THE COURT:  And from whom did you get the
14   e-mail?
15           MR. KARALASH:  Give me a moment to pull that
16   up.
17           THE COURT:  Certainly.
18           MR. KARALASH:  That would be from Aaron Miller.
19   We are prepared to dismiss the case against Mr. Abrera.
20   But there's no way we can agree to the return of the
21   banned rifles.  Our position is the return of the banned
22   rifles is not before the Court at this time.  The matter
23   for the criminal proceedings should go forward.
24           I would also reference to the Court that there
25   was a decision made in United States District Court for
26   the Southern District of California 2021, which
27   attempted to put a ban on this and served it about a
28   month later, put a stay on that.  And court decision of

1  Sacramento cases.  The Court can go forward with
2  response the DA a request for continuance at this time
3  after having received response to their office that they
4  were prepared.
5          MS. HAYES:  Can -- I'm sorry.  May I just
6  request that that e-mail be forwarded to me?  That was
7  sent by my supervisor possibly while I was out of town.
8  I don't believe I was CC'd on it.  So as long as I can
9  view that e-mail today, I'll abide by the -- what Mr --
10          MR. KARALASH:  What's your e-mail?
11          MS. HAYES:  Haze K, H-A-Y-E-S-K --
12          MR. KARALASH:  I'm sorry.  I missed that.  Can
13  you repeat --
14          MS. HAYES:  H-A-Y-E-S-K at sacda.org.
15          MR. KARALASH:  H-A-Y-E-S-K at sacda.org?
16          MS. HAYES:  Yes.
17          THE WITNESS:  Yes.
18          THE COURT:  So, Counsel, why don't we trail the
19  matter for a little bit and perhaps she can access that
20  e-mail and that will make things a lot shorter?
21          MS. HAYES:  Thank you.
22          MR. KARALASH:  That's agreeable, Your Honor.
23          THE COURT:  Thank you.  All right.
24              (Pause in proceedings)
25          MS. HAYES:  Yes.  I just read it.  I just
26  received it.
27          I just read the e-mail, so whenever you want to
28  call it, I'm prepared.

```
 1          THE COURT:  All right.  Mr. Karalash, the
 2  e-mail has been read.  Is there a motion by the People
 3  in this matter?
 4          MS. HAYES:  Yes.  To dismiss in the interest of
 5  justice.
 6          THE COURT:  And, Counsel, I assume you don't
 7  object.
 8          MR. KARALASH:  That's our request, Your Honor.
 9          THE COURT:  The Court will grant the motion to
10  dismiss in the interest of justice.
11          MS. HAYES:  Thank you.
12                         ---oOo---
```