# RJN

# Attachment "5"

# Case Information

## ☐ Case Information

**Defendant Name**
ARNOLD ABRERA

**Case Number**
21FE004857

**Filing Date**
03/18/2021

**Charge Document**
Complaint

**Case Status**
Disposed

**Court ID**
34100

## ☐ Aliases

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| ARNOLD | | ABRERA | |
| ARNOLD | JUATON | ABRERA | |

## ☐ Future Hearings

| Date | Time | Dept. | Reason | Outcome |
|---|---|---|---|---|
| No future hearings found. | | | | |

## ☐ Hearing History

For information on how to request copies of a criminal file, choose one of the following links:
- For the Public and Non-Government Entities (https://www.saccourt.ca.gov/criminal/records.aspx)
- For the Government Agencies ONLY (https://www.saccourt.ca.gov/criminal/govt-agency-copy-requests.aspx)

**To request a court reporter transcript, you may click on the 'Request' button under 'Request Transcript'.**

**\*\* NOTE:** There is a cost associated with **court reporter transcripts**. When you request a court reporter transcript, you will be contacted by the court reporter regarding the cost and method of payment accepted.

| Date | Time | Dept. | Reason | Outcome | **Request Transcript |
|---|---|---|---|---|---|
| 12/09/2022 | 8:30 AM | 63 | DEFT MOT PUR 1538.5 | DENIED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=12%2F09%2F2022&eventTime=8%3… |
| 12/02/2022 | 8:30 AM | 63 | DEFT MOT PUR 1538.5 | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=12%2F02%2F2022&eventTime=8%3… |
| 10/31/2022 | 1:35 PM | 63 | MOTION-OTHER | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=10%2F31%2F2022&eventTime=1%3… |
| 10/17/2022 | 1:35 PM | 63 | MOTION-OTHER | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=10%2F17%2F2022&eventTime=1%3… |
| 09/27/2022 | 8:30 AM | 63 | MOTION-OTHER | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=09%2F27%2F2022&eventTime=8%3… |
| 04/13/2022 | 8:30 AM | 63 | MOTION FOR DISMISSAL | MOTION GRANTED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=04%2F13%2F2022&eventTime=8%3… |
| 04/13/2022 | 8:30 AM | 63 | MOTION-OTHER | MOTION GRANTED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=04%2F13%2F2022&eventTime=8%3… |

| Date | Time | Dept. | Reason | Outcome | Request Transcript |
|---|---|---|---|---|---|
| 04/13/2022 | 8:30 AM | 63 | SETTLEMENT CONFERENCE | DISMISSED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=04%2F13%2F2022&eventTime=8%3... |
| 03/09/2022 | 3:00 PM | 62 | ARRAIGNMENT | ARRAIGNED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=03%2F09%2F2022&eventTime=3%3... |
| 03/09/2022 | 3:00 PM | 62 | COUNSEL INFORMATION | RETAINED COUNSEL | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=03%2F09%2F2022&eventTime=3%3... |