# RJN

# Attachment "6"

# Sacramento Superior Court
Journal Technologies

Home   My Notification Requests   Court Reservations   Searches   Civil Readiness Trial

# Case Search

**The case number search is free for all case types.**
Please use the full case number to perform your search.

**Case Number Format**
34-YYYY-12345678 (i.e. 34-2023-0005678)
YYLL123456 (i.e. 23CV003456)

| Case Number* | 34-2021-20000745 |
| --- | --- |
| Case Type | Unlimited Civil |

This question is for testing whether or not you are a human visitor and to prevent automated spam submissions.

**Math question *** 4 + 13 =

[          ]

Solve this simple math problem and enter the result. E.g. for 1+3, enter 4.

[ Search ]   [ Clear ]

**Records Per Page**   20
Change the number of results per page



No Results Found.