| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | ANYA M. BINSACCA<br>Supervising Deputy Attorney General |
| 3 | JAY C. RUSSELL, State Bar No. 122626<br>Deputy Attorney General |
| 4 |   455 Golden Gate Avenue<br>  Suite 11000 |
| 5 |   San Francisco, CA  94102<br>  Telephone:  (415) 510-3617 |
| 6 |   Fax:  (415) 703-5843<br>  E-mail:  Jay.Russell@doj.ca.gov |
| 7 | *Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of California, and Rob Bonta, in his official capacity as Attorney General of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNOLD ABRERA,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; et al.**<br><br>                                        Defendants. | Case No.: 2:22-cv-01162-DAD-DB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P., Rule 6(b);<br>E.D. Cal. Civil Local Rules 143, 144(b)]<br><br>Judge:            Honorable Dale A. Drozd<br>Trial Date:     None Set<br>Action Filed:  July 5, 2022 |

**STIPULATION**

Per Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rules 143 and 144(b), Defendants Governor Gavin Newsom, Attorney General Rob Bonta, County of Sacramento, Anne Marie Schubert, City of Elk Grove, Bobby Davis, and Jonathan P. Hobbs, and Plaintiff Arnold Abrera, stipulate to extend the Defendants' deadline to file a responsive pleading to Plaintiff's Second Amended Complaint (ECF No. 77) to March 11, 2024.

1

The requested extension is 7 days after the Defendants' present responsive pleading deadline, and therefore is permitted under Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rules 143 and 144(b).  Plaintiff's counsel consents to this extension of time.

This is the third extension of time sought with respect to the Defendants' responses to a pleading in this matter, and the extension will not affect the date of any event or other deadline already fixed by the Court.

The parties further stipulate that this extension is neither intended nor will be construed as a waiver of any objection or defense that the Defendants may have or could assert against the Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated:  February 28, 2024                                  Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General


/s/ Jay C. Russell
JAY C. RUSSELL
Deputy Attorney General
*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of California, and Rob Bonta, in his official capacity as Attorney General of California*


Dated:  February 28, 2024                                  Respectfully submitted,

PORTER SCOTT


 /s/ John R. Whitefleet
JOHN R. WHITEFLEET, ESQ.
*Attorneys for Defendants County of Sacramento, and Anne Marie Schubert, in her official capacity as County of Sacramento District Attorney*

2

Stipulation and [Proposed] Order Extending Time for Defs. to Respond to Second Am. Compl.  (2:22-cv-01162-JAM-DB)

Dated:  February 28, 2024

Respectfully submitted,

KRONICK, MOSCOVITZ, TIEDEMANN & GIRARD

*/s/ Alec D. Tyra*
Alec D. Tyra, Esq.
*Attorneys for Defendants City of Elk Grove, Bobby Davis, in his official capacity as Chief of the Elk Grove Police Department, and Jonathan P. Hobbs, in his official capacity as the City Attorney for the City of Elk Grove*

Dated:  February 28, 2024

Respectfully submitted,

VETERANS LAW CENTER
STRATEGIC LAW COMMAND

*/s/ Gary W. Gorski*
GARY W. GORSKI, ESQ.
DANIEL M. KARALASH, ESQ.
*Attorneys for Plaintiff Arnold Abrera*

# [PROPOSED] ORDER

Under the above Stipulation, the time for Defendants to respond to the First Amended Complaint is extended to March 11, 2024.

**IT IS SO ORDERED.**

———————————————
Hon. Dale A. Drozd
United States District Court Judge

SA2022303127

3

# CERTIFICATE OF SERVICE

| Case Name: | **_Abrera, Arnold v. Gavin Newsom, et al._** | Case No. | **2:22-cv-01162-JAM-DB** |
|---|---|---|---|

I hereby certify that on <u>February 29, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 29, 2024</u>, at San Francisco, California.

|  M. Mendiola  |  _/s/ M. Mendiola_  |
|---|---|
| Declarant | Signature |

SA2022303127
44079820.docx